UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAJ WILSON,

    Plaintiff,

v.

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY,

    Defendant.

Civil Action No.:  1:05-cv-02146-JGP

NOTICE OF ENTRY OF APPEARANCE

Please enter my appearance on behalf of the Plaintiff in the above-captioned matter.

November 29, 2005    Respectfully submitted on behalf of Plaintiff,

/s/
Richard L. Thompson, II  (Federal # 448816 DC)
3195 Old Washington Road
Waldorf, Maryland  20602
(202) 415-7549
(240) 363-0747 fax

## CERTIFICATE OF SERVICE

      I, the undersigned, affirm, under penalty of perjury, that on this date, November 29, 2005, the foregoing Notice of Entry of Appearance was sent, via prepaid postage, to the following:

**WMATA**
**600 Fifth Street, N.W.**
**Washington, D.C.  20001**