IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL No: 05-2146** |
| ) | **(JGP)** |
| WMATA ) | |
| ) | |
| **Defendant.** ) | |
| _____) | |

## PRAECIPE

The Clerk will enter the appearance of Nathaniel D. Johnson, as Plaintiff's counsel in the above-captioned matter.

_____/s/_____
Nathaniel D. Johnson (MD#15980)
3195 Old Washington Road
Waldorf, Maryland 20602
301 645-9103

Dated: March 2, 2006