IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL No: 05-2146 |
| ) | (JGP) |
| WMATA ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## MOTION TO RE-ISSUE SUMMONS AND ENLARGE TIME FOR SERVICE

**NOW COMES** Plaintiff, Taj Wilson, through undersigned counsel, and moves this Court for an Order to re-issue the summons in this case and enlarge the time for services in accordance with F.R.C.P. 4 (m) . In support of this motion, Plaintiff states herein as follows:

1. Plaintiff counsel's office has been partially closed for the last three weeks due to the passing of counsel's father;

2. Plaintiff was reminded of the need to execute service of process this week upon his counsel returning to the full-time practice of law[1];

3. Plaintiff now moves this Court to re-issue summons and to extend the time limit for service in order to effectuate service of process;

For the foregoing reasons, Plaintiff asks that the requested relief is granted.

---

[1] Counsel has been assisting his family with closing his late father's business affairs.

Respectfully submitted on Plaintiff's behalf:

_____/s/_____
Nathaniel D. Johnson (MD#15980)
3195 Old Washington Road
Waldorf, Maryland 20602
301 645-9103

Dated: March 2, 2006