IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON**       )<br>                              )<br>      **Plaintiff,**     )<br>                              )<br> **vs.**                    )     CIVIL No: 05-2146<br>                              )           **(JGP)**<br> **WMATA**              )<br>                              )<br>      **Defendant.**   )<br> _____ ) | |

### **ORDER**

**WHEREFORE**, Plaintiff's counsel has moved for an Order to re-issue a new summons and extend the time for service, it is hereby ORDERED as follows:

Plaintiff's motion is GRANTED, this _____day of March, 2006;

Plaintiff's motion is DENIED, this_____day of March, 2006.

SO SHALL IT BE ORDERED.

_____
Hon. Judge Penn