*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **TAJ WILSON,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-2146 (JGP) |
| ) | |
| **WMATA,** ) | |
| ) | |
| **Defendant.** ) | |

**ORDER**

Upon consideration of Plaintiff's Motion to Re-Issue Summons and Enlarge Time for Service [4] and pursuant to Fed. R. Civ. P. 4(m), it is hereby

**ORDERED** that the motion is **GRANTED**; and it is further

**ORDERED** that Plaintiff may serve Defendant on or before March 20, 2006.

**DATE: March 13, 2006**                                    **JOHN GARRETT PENN**
                                                            **United States District Judge**