IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL No: 05-02146 (JGP) |
| ) | |
| WMATA ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

### NOTICE TO THE COURT

**NOW COMES** Plaintiff, Taj Wilson, through undersigned counsel and notices this Court that pursuant to its Order, dated March 13th, the Clerk's office has not re-issued Plaintiff a new summons as of yet.

Plaintiff has spoken to the Clerk's office last week, and was assured that the summons would be re-issued before the permissive deadline of today, March 20, 2006.

Plaintiff will need additional time in order to effectuate service of process upon the time the Clerk's office re-issues the summons in this matter.

Respectfully submitted on Plaintiff's behalf:

_____/s/_____
Nathaniel D. Johnson (MD#15980)
3195 Old Washington Road
Waldorf, Maryland 20602
301 645-9103

Dated: March 2, 2006