UNITED STATES DISTRICT COURT
District of Columbia

TAJ WILSON
5000 Brinkley Rd.
Temple Hills, MD   20748 | 1:05 CV 2146 (JGP)

    Plaintiff,

v.

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY
600 5th St., N.W.
Washington, D.C.   20001

    Defendant.

## ANSWER AND JURY DEMAND

Comes now the Defendant, by and through counsel, and for its Answer to the Complaint, states as follows:

### FIRST DEFENSE

The Complaint fails to state a cause of action against this Defendant upon which relief may be granted.

### SECOND DEFENSE

**Jurisdiction and Venue**

1. The Defendant admits that this Court has jurisdiction over some of the claims herein pursuant to D.C. Code §9-1107.01 (81) (2001); the remaining allegations of paragraph 1 of the Complaint are denied.

2. The allegations of paragraph 2 are admitted.

**Parties**

3. The Defendant is without knowledge sufficient to admit or deny the allegations of paragraph 3; the allegations are therefore denied.

4. The allegations of paragraph 4 are admitted.

5. The Defendant admits that the Plaintiff is a member of a protected class based upon race; the remaining allegations of paragraph 5 are denied.

6. The allegations of paragraph 6 are admitted.

**Administrative Procedures**

7. The lacks knowledge or information sufficient to permit it to answer the allegations of paragraph 7; the allegations are therefore denied.

8. The lacks knowledge or information sufficient to permit it to answer the allegations of paragraph 8; the allegations are therefore denied.

9. The lacks knowledge or information sufficient to permit it to answer the allegations of paragraph 9; the allegations are therefore denied.

<u>Count I</u>

Disparate Treatment Based On Race and Color
In Violation of Title VII & 42 U.S.C. §1981

10. Paragraph 10 of the Complaint is cumulative and requires no separate response; to the extent a response is required, the Defendant incorporates by reference each of the foregoing paragraphs.

11. The allegations of paragraph 11 are admitted.

12. The allegations of paragraph 12 are denied.

13. The allegations of paragraph 13 are denied.

14. The allegations of paragraph 14 are denied.

15. The allegations of paragraph 15 are denied.

16. The allegations of paragraph 16 are denied.

## Count II

Disparate Treatment Based On Gender In Violation of Title VII

17. Paragraph 17 of the Complaint is cumulative and requires no separate response; to the extent a response is required, the Defendant incorporates by reference each of the foregoing paragraphs.

18. The allegations of paragraph 18 are denied; the Defendant was discharged on November 5, 2004, for multiple reasons.

19. The allegations of paragraph 19 are denied.

20. The allegations of paragraph 20 are denied.

21. The allegations of paragraph 21 are denied.

### THIRD DEFENSE

The Defendant reserves the right to defend upon the basis that the Plaintiff has failed to exhaust available administrative remedies, and / or failed to timely file suit as required by 42 U.S.C. §2000e-5(e)(1) and (f)(1).

### FOURTH DEFENSE

The Plaintiff was discharged for legitimate, non-discriminatory reasons.

**FIFTH DEFENSE**

The Plaintiff's claims are barred, in whole or in part, by the WMATA Compact, codified at D.C. Code §§ 9-1107.01 (2001) et seq.

**SIXTH DEFENSE**

The Defendant is immune from claims brought pursuant to 42 U.S.C. §1981.

**SEVENTH DEFENSE**

The claims of the Plaintiff are barred by the applicable statutes of limitation.

**EIGHTH DEFENSE**

This court lacks subject matter jurisdiction over part or all of the claims herein.

**NINTH DEFENSE**

The Plaintiff has failed to timely serve process upon the Defendant.

The Defendant intends to right to rely upon any and all defenses available from the evidence presented at the trial of this action, including, but not limited to, failure to mitigate damages, and reserves the right to assert such defenses at that time.

Further answering the complaint, Defendant denies all allegations of improper conduct, and further denies all allegations not specifically admitted or otherwise answered.

WHEREFORE, WMATA, having fully answered the complaint, prays

that the same be dismissed with costs assessed against the Plaintiff.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

Carol O'Keeffe, #445277
General Counsel

_____/s/_____
Mark F. Sullivan, #430876
Deputy General Counsel

_____/s/_____
Jeffrey C. Seaman , #466509
Assistant General Counsel
WMATA - COUN
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1856

**JURY DEMAND**

The Defendant demands a trial by jury.

_____/s/_____
Jeffrey C. Seaman