## UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| **v.** ) | **Civil Action No. 05-2146 (JGP)** |
| ) | |
| **WMATA,** ) | |
| ) | |
| **Defendant** ) | |

### SCHEDULING ORDER

This matter was filed on November 2, 2005.  Based on the representations of the parties made in their Civil Local Rule 16.3 Report [9], it is hereby **ORDERED**

1.  The initial scheduling conference previously set for June 20, 2006 is cancelled *nunc pro tunc.*

2.  The case will remain with this Court for all purposes except discovery.  The case may be assigned to a Magistrate Judge for the purpose of resolving any discovery disputes.  In the event of a discovery dispute, the parties must meet and confer in an effort to resolve the dispute. If a discovery motion is filed, the moving party must certify that the parties have met and conferred in an effort to resolve the dispute.

3.  Fact discovery shall commence on June 22, 2006, and conclude on December 22, 2006.

4.  The parties are limited to five depositions per side.

5.  Each party may serve no more than seven sets of thirty interrogatories, including subparts, thirty requests for the production of documents, and thirty requests for admissions.

6.  On or before August 7, 2006, Plaintiff may disclose any experts he intends to call as witnesses and file expert reports pursuant to Fed. R. Civ. P. 26(a)(2).

7. On or before September 6, 2006, Defendant may disclose any experts it intends to call as witnesses and file expert reports pursuant to Fed. R. Civ. P. 26(a)(2).

8.  This matter is set down for a post-discovery status conference on January 9, 2007 at 10:00 A.M. in Courtroom 15.

9. The parties may file dispositive motions on or before January 22, 2007.

10.  The parties shall file oppositions to dispositive motions on or before February 12, 2007.

11.  The parties shall file replies to oppositions to dispositive motions on or before February 26, 2007.

12. The parties shall advise the Court if they think mediation is appropriate.  If the case is referred for mediation, discovery will proceed as scheduled.

13.  If the parties object to anything in this order, they may file objections on or before June 30, 2006.

**SO ORDERED.**

**DATE: June 22, 2006**                                      **JOHN GARRETT PENN**
                                                             **United States District Judge**