IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON<br><br>    Plaintiff,<br><br>        v.<br><br>WMATA<br><br>    Defendant. | CIVIL NO: 1:05-CV-2146 (JGP) |

## NOTICE TO THE COURT

Parties in the above-captioned matter are filing the attached, propose Protective Order to facilitate discovery of Defendant's confidential personnel information.

                Respectfully submitted,

                _____/s/_____
                Nathaniel D. Johnson, Esq. (MD #14729)
                Richard L. Thompson, Esq. (MD #15980)
                *Of Counsel*
                3195 Old Washington Road
                Waldorf, MD 2060
                (301) 645-9103
                (301) 893-6890 (fax)

Dated:   August 7, 2006