UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| **TAJ WILSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY**<br><br>**Defendant.** | 1:05 CV 2146 (JGP) |

<u>NOTICE OF FILING MODIFIED STIPULATED PROTECTIVE ORDER</u>

Come now the parties, by and through counsel, and submit the attached Modified Stipulated Protective Order.  This submission is intended to modify the Stipulated Protective Order (Docket #11) filed 8/7/06.

Respectfully Submitted,

| /s/ | /s/ |
|---|---|
| Nathaniel D. Johnson | Jeffrey C. Seaman, #466509 |
| 3195 Old Washington Road | WMATA |
| Waldorf, MD  20602 | 600 5th St., N.W. |
| (301) 645-9103 | Washington, D.C.  20001 |
| | (202) 962-1856 |