IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON              )<br>                                )<br>     **Plaintiff,**       )<br>                                )<br>vs.                              )     CIVIL No: 05-2146    (JGP)<br>                                )<br>WMATA                     )<br>                                )<br>     **Defendant.**    )<br>_____ ) | |

**ERRATA**
**MOTION TO ENLARGE DISCOVERY**

**NOW COMES** Taj Wilson, Plaintiff, by undersigned counsel and moves this Court for an enlargement of time to the current discovery schedule in the above-captioned matter[1]. In support of this motion, Plaintiff states herein as follows:

1. Plaintiff initiated this civil action on November 2, 2005;

2. Parties commenced discovery on June 22, 2006, and discovery is currently scheduled to conclude December 22, 2006;

3. On or about June 22, 2006, Plaintiff propounded discovery to Defendant that included both Interrogatories and Production of Document Requests;

4. On July 28, 2006, Defendant only partially responded to Plaintiff's discovery since it did not provide personnel information of employees similarly-situated to Plaintiff;

5. Plaintiff now seeks a three month enlargement of time to the current discovery schedule to allow Defendant sufficient opportunity to provide the requested discovery and to permit Plaintiff to conduct depositions essential to his case in chief;

---

[1] Plaintiff inadvertently did not include this motion in the initial filing on November 5th.

6. Pursuant to LCvR 7(m), Plaintiff sent two letters to Defendant's representative requesting a time to discuss his consent to this motion; however, at this time, Defendant has not consented to this motion (see Exhibits);

7. This motion is not for any dilatory purpose or to cause delay, but to avoid prejudice to Plaintiff.

Respectfully submitted:

_____/s/_____
Nathaniel D. Johnson (MD#14729)
Richard L. Thompson (MD#15980)
3475 Leonardtown Road #200
Waldorf, Maryland 20602
301 645-9103

Dated: November 7, 2006

### Certificate of Service

I, Nathaniel D. Johnson, certify that I forwarded the foregoing motion to the addressee via ECF:

Jeffrey Seaman, Associated Counsel
for Defendant, WMATA

_____/s/_____
Nathaniel D. Johnson