THE LAW FIRM OF
NATHANIEL D. JOHNSON, L.L.C.
(MEMBER OF ALL MD COURTS & D.C. FEDERAL COURT)
3475 LEONARDTOWN ROAD, SUITE #200
WALDORF, MARYLAND 20602
TEL. 301-645-9103   FAX. 301-893-6890

RICHARD L. THOMPSON, II
OF COUNSEL
ADMITTED IN
MD & D.C. BARS

October 10, 2006

*Via: Facsimile & First Class Mail*

Jeffrey C. Seaman, Esq.
Assistant General Counsel
WMATA, Office of General Counsel
600 Fifth Street, N.W.
Washington, D.C.
20001

**Re: Taj Wilson v. WMATA (Civil No. 05-2146) Outstanding Discovery**

Dear Counsel:

You should expect to receive Plaintiff's responses to Defendant's discovery by the end of this week. In the interim, please provide me specific information when Plaintiff should anticipate receiving outstanding document requests from Defendant. In the event the anticipated time is not reasonable, I will request consent to file an enlargement to the current discovery schedule in order to avoid prejudice to my client's case.

As always, should you have any questions, please feel free to contact me directly at 301 645-9103. Thank you for your attention to this matter.

Respectfully submitted,

Nathaniel D. Johnson

cc: Mr. Wilson

E-Mail Address: nathanielesquire@aol.com
WebSite: www.nathanieldjohnson.com

|  | THE LAW FIRM OF |
|---|---|
|  | NATHANIEL D. JOHNSON, L.L.C. |
| RICHARD L. THOMPSON, II | (MEMBER OF ALL MD COURTS & D.C. FEDERAL COURT) |
| OF COUNSEL | 3475 LEONARDTOWN ROAD, SUITE #200 |
| ADMITTED IN | WALDORF, MARYLAND 20602 |
| MD & D.C. BARS | TEL. 301-645-9103  FAX. 301-893-6890 |

October 17, 2006

*Via: Facsimile & First Class Mail*

Jeffrey C. Seaman, Esq.
Assistant General Counsel
WMATA, Office of General Counsel
600 Fifth Street, N.W.
Washington, D.C.
20001

**Re:  Wilson v. WMATA (Civil No. 05-2146) Second Letter for Outstanding Discovery**

Dear Counsel:

This letter serves as my second request for specific information identifying when should Plaintiff anticipate receiving outstanding discovery from Defendant. In the event that I do not hear from you by the end of this week, I am requesting a mutually agreeable time for parties to meet and confer before Plaintiff proceeds to file a motion to compel discovery. In the interim, my office is finalizing Plaintiff's discovery to you, and anticipate delivering same to your office by no later than this Friday.

Should you have any questions, please feel free to contact me directly at 301 645-9103. Thank you for your attention to this matter.

Respectfully submitted,

Nathaniel D. Johnson

cc: Mr. Wilson

E-Mail Address: nathanielesquire@aol.com
WebSite: www.nathanieldjohnson.com