IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL No: 05-2146 (JGP) |
| ) | |
| WMATA ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE TO THE COURT

**NOW COMES** undersigned counsel and notices this Court that Defendant consents to Plaintiff's Motion for Enlargement of Time to extend the current discovery schedule in the above-captioned matter.

Respectfully submitted:

_____/s/_____
Nathaniel D. Johnson (MD#15980)
3475 Leonardtown Road
Waldorf, Maryland 20602
301 645-9103

Dated: December 2, 2006

## Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, December 2, 2006, the foregoing Notice to the Court was forwarded to Defendant's Counsel, via ECF.

_____/s/_____
Nathaniel D. Johnson