IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL No: 05-2146 (JGP) |
| ) | |
| WMATA ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

## ORDER

**WHEREFORE,** Plaintiff has moved this Court for an enlargement of the current discovery schedule to March 22, 2007, with consent of Defendant, it is ORDERED as follows:

Plaintiff's consent motion is hereby GRANTED, this _____ day of December 2006;

Plaintiff's consent motion is hereby DENIED, this _____ day of December 2006.

**SO SHALL IT BE ORDERED.**

_____
Judge Penn, U.S. District Judge