IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL No: 05-2146 (JGP) |
| ) | |
| WMATA ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

## NOTICE OF FILING

**NOW COMES** Plaintiff, by undersigned counsel, and notices this Court of filing of the Proposed Order for Plaintiff's Consent Motion for Enlargement of Time to extend discovery in the above-captioned matter.

Respectfully submitted:

_____/s/_____
Nathaniel D. Johnson (MD#14729)
Richard L. Thompson, II (MD#15980)
3475 Leonardtown Road
Waldorf, Maryland 20602
301 645-9103

Dated: December 7, 2006

**Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, December 7, 2006, the foregoing Notice to the Court was forwarded to Defendant's Counsel, via ECF.

_____/s/_____
Nathaniel D. Johnson