*UNITED STATES DISTRICT COURT*
*FOR THE DISTRICT OF COLUMBIA*

| | |
|---|---|
| **TAJ WILSON,** ) | |
| ) | |
| **Plaintiff** ) | |
| ) | |
| v. ) | Civil Action No. 05-2146 (JGP) |
| ) | |
| **WMATA,** ) | |
| ) | |
| **Defendant** ) | |

### ORDER

Upon consideration of Plaintiff's **Motion to Enlarge Discovery** [15], **Notice to the Court** [16], and **Notice of Filing** [18], it is hereby

**ORDERED** that the parties comply with the following modified factual discovery and dispositive motions schedule, which has been extended by **two months**:

1. The parties shall complete all factual discovery on or before February 22, 2007.

2. The post-discovery status conference previously scheduled for January 9, 2007, is continued to March 13, 2007, at 10:00 A.M. in Courtroom 15.

3. The parties may file dispositive motions on or before March 22, 2007.

4. The parties may file oppositions to dispositive motions on or before April 12, 2007.

5. The parties may file replies in support of dispositive motions on or before April 26, 2007.

   **SO ORDERED.**

**DATE: December 19, 2006**                                   **JOHN GARRETT PENN**
                                                              **United States District Judge**