IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>WMATA )<br>)<br>Defendant. )<br>_____ ) | CIVIL No: 05-2146   (JGP) |

**PLAINTIFF'S
MOTION TO COMPEL DISCOVERY**

**NOW COMES** Taj Wilson, Plaintiff, by undersigned counsel and moves this Court for an Order compelling Defendant to supplement its discovery and for sanctions and costs in the above-captioned matter. In support of this motion, Plaintiff states herein as follows:

1. Plaintiff initiated this civil action on November 2, 2005;

2. Discovery is currently scheduled to conclude February 22, 2007;

3. On or about June 22, 2006, Plaintiff propounded discovery to Defendant that included both Interrogatories and Production of Document Requests;

4. On July 28, 2006, Defendant partially responded to Plaintiff's discovery since it did not provide requested personnel information of employees similarly-situated to Plaintiff;

5. On November 5, 2006, Plaintiff filed an unopposed motion to enlarge discovery to permit Defendant sufficient opportunity to supplement its discovery;

6. On December 19, 2006, this Court granted Plaintiff's unopposed motion for enlargement (Dkt. No. 19);

7. On December 21, 2006, undersigned received partial discovery to Plaintiff's discovery requests;

8. On January 23, 2007, undersigned determined that the late document response did not include requested and relevant information necessary to compare Plaintiff to similarly-situated Metro Officers;

10. On January 23, 2007, undersigned forwarded Defendant a letter identifying the inadequacies in its discovery (see exhibit 1);

11. The letter also requested a conference call on January 29th to discuss Defendant's late and inadequate discovery responses (Id.)[1];

12. On January 26, 2007, Plaintiff contacted Defendant and inquired about the status of the telephone conference (see exhibit 2);

13. Defendant has not responded to undersigned counsel's attempts to discuss supplementing its discovery.

## ARGUMENT

Federal Rules of Civil Procedure Rule 37(a)(4)(A), entitles a party to sanctions and costs for failure to cooperate in discovery. Plaintiff's efforts to move this litigation forward with discovery are being frustrated by the actions of the Defendant and warrant sanctions and costs. (See <u>Green v. District of Columbia</u> 134 F.R.D. 1 D.D.C.,1991.) Plaintiff initially propounded discovery upon Defendant more than six (6) months ago, and this Court granted Plaintiff's enlargement of time to allow Defendant sufficient opportunity to produce its responses. Defendant has failed to produce responsive discovery, and, refuses any attempt by undersigned counsel to discuss a resolution of the matter.

---

[1] Undersigned intended to state "January 26, 2007" in the letter.

## CONCLUSION

To date, Defendant has produced inadequate discovery responses to Plaintiff's discovery and failed to conference undersigned on the matter. Plaintiff will be significantly prejudiced by Defendant's failure to cooperate with discovery unless requested relief is granted.

For these reasons, Plaintiff asks that this Court grant his motion for an Order compelling Defendant to supplement its discovery and award sanctions and costs.

Respectfully requests a hearing on this matter:

_____/s/_____
Nathaniel D. Johnson (MD#14729)
Richard L. Thompson (MD#15980)
3475 Leonardtown Road #200
Waldorf, Maryland 20602
301 645-9103


Dated: January 30, 2007

### Certificate of Service

I, Nathaniel D. Johnson, certify that I forwarded the foregoing motion and Order to the addressee via ECF:

Jeffrey Seaman, Associated Counsel
for Defendant, WMATA


_____/s/_____
Nathaniel D. Johnson