THE LAW FIRM OF
NATHANIEL D. JOHNSON, L.L.C.
(MEMBER OF ALL MD COURTS & D.C. FEDERAL COURT)
3475 LEONARDTOWN ROAD, SUITE #200
WALDORF, MARYLAND 20602
TEL. 301-645-9103   FAX. 301-893-6890

RICHARD L. THOMPSON, II
OF COUNSEL
ADMITTED IN
MD & D.C. BARS

January 26, 2007

*Via: Facsimile & First Class Mail*

Jeffrey Seaman, Esq.
WMATA
Office of General Counsel
600 Fifth Street, N.W.
Washington, D.C.
20001

Re:   Wilson v. WMATA (Civil No. 05-2146), Conference

Dear Counsel:

Pursuant to my request earlier this week, I would like to know your availability for a conference today to discuss Defendant's outstanding discovery. I currently have a meeting scheduled for this morning, but will be available by cell phone after 11:15 at 240 412-8757. Otherwise, I shall return to my office after noon today. I would really appreciate your cooperation in this matter.

Respectfully submitted,

Nathaniel D. Johnson

cc: Mr. Wilson

*"We Will Fight for Your Legal Rights!"*

E-Mail Address: nathanielesquire@aol.com
WebSite: www.nathanieljohnson.com