IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON**         ) | |
|     )  | |
|     **Plaintiff,**     ) | |
|     )  | |
| vs.    ) | **CIVIL No: 05-2146   (JGP)** |
|     )  | |
| **WMATA**         ) | |
|     )  | |
|     **Defendant.**     ) | |
| _____  ) | |

**ORDER**

**WHEREFORE**, Plaintiff has moved this Court for an Order to compel Defendant to supplement its discovery responses and for sanctions and costs, it is hereby ORDERED as follow:

Plaintiff's motion is hereby GRANTED, this _____day of February 2007;

Plaintiff's motion is hereby DENIED, this _____day of February 2007.

SO SHALL IT BE ORDERED.

_____
Judge Penn