## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TAJ WILSON** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **CIVIL No: 05-2146   (JGP)** |
| | ) | |
| **WMATA** | ) | |
| | ) | |
| **Defendant.** | ) | |
| _____ | ) | |

### PLAINTIFF'S MOTION FOR A HEARING

**NOW COMES**,  Plaintiff, Taj Wilson, by undersigned counsel, and moves this Court for a hearing

on his Motion to Compel Defendant's discovery and for sanctions and costs (Dkt. No.20).

_____/s/_____
Nathaniel D. Johnson (MD#14729)
Richard L. Thompson (MD#15980)
3475 Leonardtown Road #200
Waldorf, Maryland 20602
301 645-9103

Dated: January 30, 2007

### Certificate of Service

I, Nathaniel D. Johnson, certify that I forwarded the foregoing Motion for a Hearing to the addressee
via ECF:

Jeffrey Seaman, Associated Counsel
for Defendant, WMATA

_____/s/_____
Nathaniel D. Johnson