IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL No: 05-2146 (JGP) |
| ) | |
| WMATA ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF WITHDRAWAL OF MOTIONS

**NOW COMES** Plaintiff, by undersigned counsel, and notices this Court that he withdraws his motion to compel and for hearing (Docket Nos. 20 and 21, respectively), filed January 31, 2007 in the above-captioned matter.

Parties have resolved the dispute and Plaintiff will be filing a consent motion to enlarge discovery to allow Defendant sufficient opportunity to supplement written discovery.

Respectfully submitted:

_____/s/_____
Nathaniel D. Johnson (MD#14729)
Richard L. Thompson,II (MD#15980)
3475 Leonardtown Road
Waldorf, Maryland 20602
301 645-9103


Dated: February 8, 2007

**Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, February 8, 2007, the foregoing Notice to the Court was forwarded to Defendant's Counsel, via ECF.:

Jeffrey Seaman, Esq.

_____/s/_____
Nathaniel D. Johnson