IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL No: 05-2146   (JGP) |
| ) | |
| WMATA ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

**PLAINTIFF'S CONSENT
MOTION TO ENLARGE DISCOVERY**

**NOW COMES** Taj Wilson, Plaintiff, by undersigned counsel and moves this Court for a three month enlargement of time to the current discovery schedule. In support of this motion, Plaintiff states herein as follows:

1. Plaintiff initiated this civil action on November 2, 2005;

2. Discovery is currently scheduled to conclude February 22, 2007;

3. On or about June 22, 2006, Plaintiff propounded discovery to Defendant that included both Interrogatories and Production of Document Requests;

4. On July 28, 2006, Defendant partially responded to Plaintiff's discovery since it did not provide requested personnel information of employees similarly-situated to Plaintiff;

5. On November 5, 2006, Plaintiff filed an unopposed motion to enlarge discovery to permit Defendant sufficient opportunity to supplement its discovery;

6. On December 19, 2006, this Court granted Plaintiff's unopposed motion for enlargement (Dkt. No. 19);

7. On December 21, 2006, undersigned received partial discovery to Plaintiff's discovery requests;

8. On January 23, 2007, undersigned determined that the late document response did not include requested and relevant information necessary to compare Plaintiff to similarly-situated Metro Officers;

10. On January 31, 2007, Plaintiff filed its motion to compel discovery (Dkt. No. 20);

11. Parties have since conferred and Defendant has given assurances that it will supplement its discovery responses;

12. On February 8, 2007, as a result of Defendant's assurances, Plaintiff withdrew his motion to compel (Dkt. No. 27);

13. Parties do not have a good faith belief that the voluminous supplemental discovery will be produced before the current discovery deadline of February 22, 2007;

14. Therefore, Plaintiff is requesting another enlargement of time up to three months or May 22, 2007 to complete discovery;

15. This motion is not intended for any dilatory purpose or to cause delay;

16. Defendant consents to this motion.

Respectfully submitted on Plaintiff's behalf:

_____/s/_____
Nathaniel D. Johnson (MD#14729)
Richard L. Thompson (MD#15980)
3475 Leonardtown Road #200
Waldorf, Maryland 20602
301 645-9103

Dated: February 12, 2007

## Certificate of Service

I, Nathaniel D. Johnson, certify that I forwarded the foregoing motion and Order to the addressee via ECF:

Jeffrey Seaman, Associated Counsel
for Defendant, WMATA

_____/s/_____
Nathaniel D. Johnson