IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>WMATA )<br>)<br>    Defendant. )<br>_____ ) | CIVIL No: 05-2146 (JGP) |

## ORDER

**WHEREFORE,** Plaintiff has moved this Court for an enlargement of the current discovery schedule to May 22, 2007, with consent of Defendant, it is ORDERED as follows:

Plaintiff's consent motion is hereby GRANTED, this _____day of December 2006;

Plaintiff's consent motion is hereby DENIED, this _____day of December 2006.

**SO SHALL IT BE ORDERED.**

_____
Judge Penn, U.S. District Judge