UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON, ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | Civil Action No. 05-2146 (JGP) |
| ) | |
| WMATA, ) | |
| ) | |
| Defendant ) | |

ORDER

Upon consideration of **Plaintiff's Consent Motion To Enlarge Discovery** [23], it is hereby

**ORDERED** that the motion is **GRANTED** *nunc pro tunc*; and it is further

**ORDERED** that the parties comply with the following modified factual discovery and dispositive motions schedule, which has been extended by ninety days:

1. The parties shall complete all factual discovery on or before May 23, 2007.

2. The post-discovery status conference previously scheduled for March 13, 2007, is continued to June 13, 2007, at 10:00 A.M. in Courtroom 15.

3. The parties may file dispositive motions on or before June 20, 2007.

4. The parties may file oppositions to dispositive motions on or before July 11, 2007.

5. The parties may file replies in support of dispositive motions on or before July 25, 2007.

SO ORDERED.

DATE: March 5, 2007                                JOHN GARRETT PENN
                                                   **United States District Judge**