IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON**<br><br>    **Plaintiff,**<br><br>vs.<br><br>**WMATA**<br><br>    **Defendant.** | CIVIL No: 05-2146   (JGP) |

**ORDER**

**WHEREFORE**, Plaintiff has moved this Court for an Order compelling Defendant to produce outstanding discovery requests and for sanctions and costs, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this\_\_\_\_\_day of April 2007;

Plaintiff's motion is hereby DENIED, this \_\_\_\_\_day of April 2007.

**SO SHALL IT BE ORDERED.**

                                       **Hon. Judge Penn, U.S. District Judge**