IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON, | |
| Plaintiff | Civil Action 05-2146 (JGP) |
| v. | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | |
| Defendant. | |

**ORDER DENYING MOTION TO COMPEL**

The Court having reviewed the Motion to Compel and the Opposition thereto, and being duly advised,

IT IS ORDERED that the Motion is Denied.

_____
John Garrett Penn, Judge