IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAJ WILSON

    Plaintiff,

vs.                           CIVIL No: 05-2146   (JGP)

WMATA

    Defendant.

**PLAINTIFF'S REPLY TO
MOTION TO COMPEL DISCOVERY**

**NOW COMES** Taj Wilson, Plaintiff, by undersigned counsel and files this reply to his motion to compel Defendant to supplement its discovery and for sanctions and costs in the above-captioned matter. In support of this motion, Plaintiff states herein as follows:

Contrary to its representations, Defendant has not complied with Plaintiff's discovery requests when it "provided nearly 2,500 pages of memoranda, interview transcripts, written statements, test results . . . ." See Defendant's motion, pg. 1¶ 1. Plaintiff admits that he received voluminous documents from Defendant; however, the documents are useless since most of the information contained in the documents have been blackened out or redacted and contain investigative summaries as opposed to original documents. Moreover, the documents are reproductions of similar pages to give the impression of volume.

Further, in its opposition, Defendant asserts that Plaintiff "has failed to articulate the object of his quests." See Defendant's motion, pg. 4, ¶2. However, on January 23, 2007, Plaintiff articulated specifically the information to be supplemented. (See Exhibit). Since presenting Defendant the letter on that date, Plaintiff has been informed by his collective bargaining unit that Defendant's time has been utilized interviewing witnesses whom may have information regarding

issues central to this litigation. Plaintiff is convinced that Defendant has no intention on providing the requested discovery and that the intervention of this honorable Court is necessary to avoid prejudice to his case in chief.

## CONCLUSION

Defendant's non-compliance with Plaintiff's discovery requests is well-documented. Defendant's failure to produce or supplement its production in response to relevant and timely discovery is conduct that is sanctionable by Federal Rules of Civil Procedure Rule 37(a)(4)(A) was created to address. (See Green v. District of Columbia 134 F.R.D. 1 D.D.C., 1991.) For these reasons, Plaintiff asks that this Court grant his motion and award the requested relief.

Respectfully requests a hearing on this matter:

_____/s/_____
Nathaniel D. Johnson (MD#14729)
Richard L. Thompson (MD#15980)
3475 Leonardtown Road #200
Waldorf, Maryland 20602
301 645-9103

ated: May 3, 2007

## Certificate of Service

I, Nathaniel D. Johnson, certify that I forwarded the foregoing motion and Order to the addressee via ECF:

Jeffrey Seaman, Associated Counsel
for Defendant, WMATA

_____/s/_____
Nathaniel D. Johnson