THE LAW FIRM OF
NATHANIEL D. JOHNSON, L.L.C.

RICHARD L. THOMPSON, II
OF COUNSEL
ADMITTED IN
MD & D.C. BARS

(MEMBER OF ALL MD COURTS & D.C. FEDERAL COURT)
3475 LEONARDTOWN ROAD, SUITE #200
WALDORF, MARYLAND  20602
TEL. 301-645-9103  FAX. 301-893-6890

January 23, 2007

*Via: Facsimile & First Class Mail*

Jeffrey Seaman, Esq.
Office of the General Counsel
WMATA
600 Fifth Street, N.W.
Washington, D.C.
20001

**Re:   Wilson v. WMATA (Civil No. 05-18741) Request for Supplemental Discovery**

Dear Counsel:

After a review of Defendant's produced discovery, Plaintiff is seeking supplemental discovery of his previous document requests.  Suffice it to say, Plaintiff is unable to proceed with depositions since the discovery produced is inadequate as it fails to include **any of the referenced attachments or disciplinary background information of most of the officers as requested**.  I am attempting to provide you a summary of the outstanding discovery, but this list is not exhaustive in light of my recent return from depositions in Ohio and other case responsibilities.

Please note the following:

**Napadon Woods:**
1. Please identify the redacted information.
2. Failed to identify all previous charges against Woods.
3. Please provide the updated information pertaining to Wood's arbitration proceeding.

**Nicole Phillip:**
1. Please identify the redacted information.
2. Please produce accident/incident reports and information that is contained in a "sealed document."

**Burkholder:**
1. Failed to include written statements, attachments as well as any and all audio recordings that were obtained during the investigation.

*"We Will Fight for Your Legal Rights!"*

E-Mail Address: nathanielesquire@aol.com
WebSite: www.nathanieldjohnson.com

**Julie Dronsfield:**
1. Failed to include attachments referenced in the investigation.
2. Failed to include her written statements as well as Ofc Birds, Ofc. Woods, Sgt. Keahon, and Ofc Stein.
3. Failed to include results from the polygraph that was administered to Ofc Dronsfield, as well as any and all audio recordings that were obtained investigation.
4. The FBI expert's written statement was not included.
5. No information regarding this particular accident included just the writer's findings.

**Ofc Jason Williams:**
1. Failed to include any of the original written statements, but, only the summaries about the statements made by the writer. No audio recordings were provided as well.

Lastly, I would appreciate if we can agree to meet and confer, via telephone, this Friday, the 29th to discuss this matter before Plaintiff proceeds to file his motion to compel. As always, should you have any questions, I can be reached directly at 301 645-9103. Thank you for your attention to this matter.

Respectfully submitted,

Nathaniel D. Johnson

cc: Mr. Wilson