**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **TAJ WILSON** )| |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | CIVIL No: 05-2146  (JGP) |
| ) | |
| **WMATA** ) | |
| ) | |
| **Defendant.** ) | |
| _____ ) | |

## NOTICE OF FILING

**NOW COMES** Plaintiff, by undersigned counsel, and files exhibits in support of his Motion to Compel Defendant's discovery (Docket No. 25), filed April 12th. The exhibits should illustrate to this Court Defendant's failure to cooperate with Plaintiff's good faith discovery requests. Again, Defendant has presented redacted documents and investigative reports of other similarly-situated Metro Officers. Plaintiff contends that he is precluded, as a direct result of Defendant's failure, to establish the necessary elements for disparity in discipline. Plaintiff's motion seeks unsealed, un-redacted information, as well as the unfiltered original documents that composed the investigative reports.

　　　　Respectfully submitted:

　　　　　　　　　　　　　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　Nathaniel D. Johnson (MD#14729)
　　　　　　　　　　　　　　　　　　Richard L. Thompson,II (MD#15980)
　　　　　　　　　　　　　　　　　　3475 Leonardtown Road
　　　　　　　　　　　　　　　　　　Waldorf, Maryland 20602
　　　　　　　　　　　　　　　　　　301 645-9103

Dated: May 8, 2007

## Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, May 8, 2007, the foregoing Notice of Filing was forwarded to Defendant's Counsel, via ECF.:

Jeffrey Seaman, Esq.

_____/s/_____
Nathaniel D. Johnson