IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON           ) | |
|        ) | |
|     Plaintiff,    ) | |
|        ) | |
| vs.                      ) | CIVIL No: 05-2146 (JGP) |
|        ) | |
| WMATA           ) | |
|        ) | |
|     Defendant.    ) | |
| _____) | |

**NOTICE**

**NOW COME** Plaintiff, by undersigned counsel, and Notices this Court that the exhibits in support of his Motion to Compel Defendant's discovery (Docket No. 28), submitted on May 8th, are being removed from ECF and will be filed under seal.

    Respectfully submitted:

                                                         _____/s/_____
                                                  Nathaniel D. Johnson (MD#14729)
                                                  Richard L. Thompson (MD#15980)
                                                  3475 Leonardtown Road
                                                  Waldorf, Maryland 20602
                                                  301 645-9103

Dated: May 10, 2007

**Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, May 10, 2007, the foregoing Notice was forwarded to Defendant's Counsel, via ECF.:

Jeffrey Seaman, Esq.

                                                         _____/s/_____
                                                    Nathaniel D. Johnson