IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON, <br><br> Plaintiff <br><br> v. <br><br> WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, <br><br> Defendant. | Civil Action 05-2146 (JGP) |

**CONSENT MOTION TO EXTEND DEADLINES 45 DAYS**

Comes now the Defendant, with the consent of the Plaintiff, by and through their respective counsel, and move the Court for an Order extending the deadlines in this case for an additional 45 days.

For the reasons set forth in the recently decided Motion to Compel, the parties have not begun depositions in the case. The parties have, however, conferred and identified to the opposition whom they want to depose. Some depositions have been scheduled within the current discovery deadline of May 23rd. However, the parties agree that all of the depositions (at least 12) cannot be completed within the time remaining under the Court's Order [24]. Accordingly, the Defendant moves with the consent of the Plaintiff for an Order extending the discovery and dispositive motions deadlines 45 days.

Respectfully Submitted,


_____/s/_____
Jeffrey C. Seaman #466509
Assistant General Counsel, WMATA
600 5th St., N.W.
Washington, D.C.  20001
(202) 962-1856
jcseaman@wmata.com