**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAJ WILSON, | |
| Plaintiff | Civil Action 05-2146 (JGP) |
| v. | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | |
| Defendant. | |

**ORDER**

Upon consideration of the Defendant's Consent Motion to Extend Deadlines 45 Days, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that the parties comply with the following modified schedule:

1. The parties shall complete all discovery by July 9, 2007.

2. The post-discovery conference scheduled for June 13, 2007 is continued to _____

3. The parties must file dispositive motions on or before August 6, 2007.

4. The parties must file oppositions to dispositive motions on or before August 27, 2007.

5. The parties must file replies in support of dispositive motions on or before September 10, 2007.

_____  _____
                                  John Garrett Penn, Judge