IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**WMATA**<br><br>**Defendant.** | **Civil No.: 05-2146 (JGP)**<br><br>**JURY TRIAL REQUESTED** |

## MOTION FOR LEAVE TO AMEND COMPLAINT

**NOW COMES** Plaintiff, Taj Wilson, pursuant to F.R.C.P. 15(a), by and through undersigned counsel, and moves this honorable Court for leave to amend his Complaint as set forth below:

On November 2, 2005, Plaintiff initiated this civil action for damages based upon racial and gender discrimination claims in violation of Title VII of the 1964 Civil Rights Act, as amended by 1991; and, 42 U.S.C. §1981.

Since that time, parties have engaged in substantial discovery, and have scheduled several depositions before the close of the current discovery deadline, June 30th.

Plaintiff has since brought some factual issues to the attention of undersigned counsel regarding derogatory terms he was subjected to during the course of his employment.

According to F.R.C.P. 15 (a), …"a party may amend the party's pleading only by

1

leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires."

For these reasons, Plaintiff seeks leave of this Court to file an Amended Complaint to include a claim under Racial Hostile Working Environment in violation of 42 U.S.C.§1981.

Defendant does not consent to this motion.

                              Respectfully submitted on behalf of Plaintiff:

May 25, 2007                     _____/s/_____
                                       Nathaniel D. Johnson (Federal #14729 MD)
                                       LAW FIRM OF NATHANIEL D. JOHNSON
                                       3195 Old Washington Road
                                       Waldorf, Maryland   20602
                                       301-645-9103
                                       301-893-6890 fax

### Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, May 26, 2007, the foregoing Motion for Leave to Amend and the Amended Complaint and Order were sent, via ECF, to the following addressee:

                                                                  /s/: Nathaniel D. Johnson