IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**WMATA**<br><br>**Defendant.** | **Civil No.: 05-2146 (JGP)**<br><br>**JURY TRIAL REQUESTED** |

## ORDER

**WHEREFORE**, Plaintiff has moved this Court for leave to amend his Complaint, it is

hereby ORDERED as follows:

Plaintiff's motion is GRANTED, this_____day of May 2007;

Plaintiff's motion is DENIED, this_____day of May 2007.

**SO SHALL IT BE ORDERED.**


_____
**Honorable, JG Penn, U.S. District Court Judge**

1