# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 100-2005-00457 |

**D.C. Office Of Human Rights** _____ and EEOC
*State or local Agency, if any*

| Name (Indicate Mr., Ms., Mrs.) | Home Phone No. (Incl Area Code) | Date of Birth |
|---|---|---|
| Mr. Taj D. Wilson | (301) 702-9386 | 01-25-1977 |

Street Address: **5000 Brinkley Rd. Temple Hills, MD 20748**

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| WMATA | 500 or More | (202) 962-2303 |

Street Address: **600 Fifth St., N.W., Washington, DC 20001**

DISCRIMINATION BASED ON:
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: 10-01-2004   Latest: 11-12-2004
☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

**I. I have been employed with the Respondent as a Police Officer since January 14, 2002. I feel that the Respondent has treated me differently than similarly situated white employees and reported this to management and EEO. On November 12, 2004 I was terminated from my position with Respondent. I believe I have been discriminated against based on my race (Black) and retaliation (Discharge).**

**II. Respondent's Reason for Adverse Action: Providing false statements.**

**III. I believe I have been discriminated against in violation of Title VII of the Civil Rights Act of 1967, as amended.**

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the above is true and correct.

Apr 08, 2005 — *Charging Party Signature*

NOTARY – When necessary for State and Local Agency Requirements

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.
SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year)