IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON,<br><br>  Plaintiff<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>  Defendant. | Civil No. 05-2146 (JGP) |

**ORDER DENYING MOTION FOR LEAVE TO AMEND COMPLAINT**

The Court has considered the Motion by the Plaintiff for Leave to File an Amended Complaint and the Opposition thereto. It appearing to the Court that the proposed additional count would be futile,

IT IS ORDERED that the Motion is DENIED.

_____
John Garrett Penn, Judge