**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAJ WILSON, | |
| Plaintiff | Civil No. 05-2146 (JGP) |
| v. | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | |
| Defendant. | |

**ORDER DENYING MOTION FOR LEAVE TO AMEND COMPLAINT**

The Court has considered the Motion by the Plaintiff for Leave to File

an Amended Complaint and the Opposition thereto.  It appearing to the Court

that the proposed additional count would be futile,

IT IS ORDERED that the Motion is DENIED.

_____   _____
                          John Garrett Penn, Judge