IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON**<br><br>**Plaintiff,**<br><br>v.<br><br>**WMATA**<br><br>**Defendant.** | Civil No.: 05-2146 (JGP)<br><br>**JURY TRIAL REQUESTED** |

## ERRATA
## MOTION FOR LEAVE TO AMEND COMPLAINT

**NOW COMES** Plaintiff, Taj Wilson, pursuant to F.R.C.P. 15(a), by and through undersigned counsel, and files this Errata for Motion for Leave to Amend Complaint, as set forth below, in place of Docket No. 32, filed May 30th:

On November 2, 2005, Plaintiff initiated this civil action for damages based upon racial and gender discrimination claims in violation of Title VII of the 1964 Civil Rights Act, as amended by 1991; and, 42 U.S.C. §1981.

Since that time, parties have engaged in substantial discovery, and have scheduled several depositions before the close of the current discovery deadline, June 30th.

Plaintiff has since brought some factual issues to the attention of undersigned counsel regarding derogatory terms he was subjected to during the course of his employment which has been substantiated from discovery.

1

According to F.R.C.P. 15 (a), …"a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires."

For these reasons, Plaintiff seeks leave of this Court to file an Amended Complaint to include a claim under Racial Hostile Working Environment in violation of 42 U.S.C.§1981 and to include more factual information in support of his claim under Racial Discrimination in violation of 42 U.S.C.§1981.

Defendant does not consent to this motion.

Respectfully submitted on behalf of Plaintiff:

June 3, 2007         _____/s/_____
                     Nathaniel D. Johnson (Federal #14729 MD)
                     LAW FIRM OF NATHANIEL D. JOHNSON
                     3195 Old Washington Road
                     Waldorf, Maryland   20602
                     301-645-9103
                     301-893-6890 fax

**Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, June 3, 2007, the foregoing Motion for Leave to Amend and the Amended Complaint and Order were sent, via ECF, to the following addressee:

/s/: Nathaniel D. Johnson