IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON** | |
| **Plaintiff,** | |
| v. | Civil No.: 05-2146 (JGP) |
| **WMATA** | **JURY TRIAL REQUESTED** |
| **Defendant.** | |

## ERRATA

**NOW COMES** Plaintiff, Taj Wilson and files this Errata correcting his previous filing of his Amend Complaint.

The Errata adds factual information in support of Plaintiff's claims under Racial Discrimination and Hostile Work Environment in violation of 42 U.S.C. §1981.

Respectfully submitted on behalf of Plaintiff:

June 4, 2007            _____/s/_____
Nathaniel D. Johnson (Federal #14729 MD)
LAW FIRM OF NATHANIEL D. JOHNSON
3195 Old Washington Road
Waldorf, Maryland   20602
301-645-9103
301-893-6890 fax

1

## Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, June 4, 2007, the foregoing Errata was sent, via ECF, to the following addressee:

Jeffrey Seaman, Esq.

/s/: Nathaniel D. Johnson