IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON,** | |
| **Plaintiff** | Civil Action 05-2146 (JGP) |
| **v.** | |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | |
| **Defendant.** | |

**CONSENT MOTION TO EXTEND DEADLINES 90 DAYS**

**NOW** COMES Plaintiff, Taj Wilson, by and through undersigned counsel, and moves this Court for an Order extending the deadlines in this case for an additional 90 days.

The parties had scheduled several depositions in the case to take place June 27, 28 and 29. However, shortly before the depositions were to take place, Defendant located additional documents that were responsive to Plaintiff's previous requests for production. Defendant informed the undersigned of the nature and volume of the newly located documents, and both parties agreed that in all fairness, the Plaintiff would need additional time to digest the documents prior to taking depositions in the case. Defendant has agreed to shortly produce a Bates-stamped set of those documents to counsel for the Plaintiff.

Because of the foregoing, and because both counsel will be very busy in July, and because Plaintiff's counsel will be very busy in August, the Plaintiff requests additional time within which to conduct discovery. Parties will also have some good faith

settlement faith discussions during this period of time.

This motion is not intended for any delay or dilatory purposed.

Respectfully Submitted,

    /s/
Nathaniel D. Johnson, Esq.
Richard Lloyd Thompson, II, Esq.
*Of Counsel*
Nathaniel D. Johnson & Associates, L.L.C.
3475 Leonardtown Road, Suite 105
Waldorf, MD 20602
301-645 - 9103
301-861-0411 (fax)

June 28, 2007

Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, June 28th, 2007, the foregoing Consent Motion and Order were sent, via ECF, to the following addressee:

Jeffrey Seaman, Esq.
Attorney for Defendant

/s/: Nathaniel D. Johnson