IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON,** | |
| **Plaintiff** | Civil Action 05-2146 (JGP) |
| v. | |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | |
| **Defendant.** | |

**ORDER**

**WHEREFORE,** Plaintiff has moved this Court for a 90 day Consent Enlargement of Time to complete discovery, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED this ____day of June 2007;

Plaintiff's motion is hereby DENIED this ____day of June 2007.

**SO SHALL IT BE ORDERED.**

_____
Honorable, Judge Penn, U.S. District Court Judge