IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAJ WILSON                                          :
                                                    :
    Plaintiff,                                     :
                                                    :
v.                                                  :    Civil Action No. 05-2146 (JGP)
                                                    :
WMATA                                               :
                                                    :
    Defendant.                                     :
_____/

## PLAINTIFF'S MOTION TO INTRODUCE
## AN EXPERT & EXPERT REPORT

**NOW COMES** Plaintiff, Taj Wilson, by and through undersigned counsel, and moves this Court to introduce an expert and expert report. In support of this motion, Plaintiff states herein as follows:

1. The current discovery schedule concludes on September 29th.
2. In the Joint Statement, the parties held at that time that expert testimony would not be necessary, but "reserve the right to call expert witnesses." (See Joint Statement, submitted June 6, 2006, Dkt. No. 9, page 3, ¶2);
3. The gravamen of Plaintiff's Complaint is that Defendant harbors a discriminatory practice in it disciplinary actions towards similarly-situated Metropolitan Transit Police Officers. To that end, Plaintiff has requested voluminous documents through discovery that he believes will demonstrate disparate treatment in the adverse actions that he suffered;
4. Plaintiff believes that his expert will assist the litigation by establishing the existence of a disparity in Defendant's disciplinary policies;
5. Plaintiff has identified Michael Montgomery, a retired Internal Affairs Investigator from a local law enforcement agency as an expert;

6. Plaintiff's delay in introducing an expert at this time is largely due to his well-documented and exhausted efforts to obtain requested documents from Defendant over the last several months;

7. Plaintiff would now ask this Court that he be permitted to have Mr. Montgomery review the Defendant's voluminous investigative reports, general orders and policies and procedures and submit his report pursuant to F.R.C.P. 26(A)(2);

8. Defendant will not be prejudiced by this motion because the parties are currently engaged in discovery and its counsel can depose Mr. Montgomery as well as retain its own expert;

9. Defendant does not consent to this motion;

10. This motion is not meant for any dilatory purpose or to cause delay.

Respectfully submitted on behalf of Plaintiff:

Dated: August 8, 2007         Signed: _____/s/_____
                              Nathaniel D. Johnson (Federal #14729 MD)
                              THE LAW FIRM OF NATHANIEL D. JOHNSON, L.L.C.
                              3475 Leonardtown Road, Suite 200
                              Waldorf, Maryland  20602
                              301-645-9103
                              301-861-0411 fax
                              Attorney for Plaintiff


**Certificate of Service**

I, Nathaniel D. Johnson, affirm under the penalty of perjury that on this date, July 23, 2007, the foregoing Motion and Order were sent, via ECF, to the following addressee:

Jeffrey Seaman, Esq.
600 Fifth Street, N.W.
Washington, D.C. 20001

Attorney for Defendant

_____/S/_____
Nathaniel D. Johnson

2