IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TAJ WILSON** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 05-2146 (JGP) |
| | : | |
| **WMATA** | : | |
| | : | |
| **Defendant.** | : | |

## **ORDER**

**WHEREFORE**, Plaintiff has moved this Court for to identify Michael Montgomery as an expert and to submit an expert report, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this _____day of August, 2007;

Plaintiff's motion is hereby DENIED, this_____day of August, 2007.

**SO SHALL IT BE ORDERED.**

_____
Honorable, Judge Penn