IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON, | |
| Plaintiff | Civil No. 05-2146 (JGP) |
| v. | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | |
| Defendant. | |

**ORDER DENYING MOTION TO
INTRODUCE EXPERT AND EXPERT REPORT**

The Court has considered the Motion by the Plaintiff To Introduce an Expert and Expert Report, and the Opposition thereto.

IT IS ORDERED that the Motion is DENIED.

_____  _____
John Garrett Penn, Judge