UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAJ WILSON

    PLAINTIFF,

v.

WMATA

    DEFENDANT.

Civil Action No.:   05-2146 (JGP)

**PLAINTIFF'S UNOPPOSED MOTION
TO ENLARGE DISCOVERY**

    **NOW COMES** Plaintiff, Christopher Holloman by undersigned counsel, and hereby moves this honorable Court to enlarge discovery and the corresponding dispositive motion's schedule by thirty (30) days. Defendant does not oppose this motion. In support of this motion, Plaintiff state herein as follows:

1.     The current discovery schedule concludes on September 29th.

2.     Parties have scheduled eight (8) depositions to resume on September 24th; Chief Polly Hanson, who is a critical witness, however, will not be able to complete her deposition before October 1st, after discovery concludes;

3.     Undersigned counsel has a scheduling conflict with other case representations.  For instance, an appellate brief is due October 2nd, in *Foster v. Department of Defense* (U.S. Court of Appeals for the Federal Circuit); a summary judgment motion is due on October 1st, in *Butler v. Pullen,*

*et al* (Circuit Court for Prince George's County, Maryland)1.

4. Also, the additional enlargement of time would allow parties to introduce experts and expert reports pursuant to Plaintiff's motion which is currently before this Court (see Dkt. No. 38);

5. Parties are confident that no further enlargements of the discovery schedule will be necessary.

6. This enlargement is not intended to prejudice the parties or cause unnecessary delay.


September 7, 2007                                    Respectfully submitted on Plaintiff's behalf,


                                         /s/
                            Nathaniel D. Johnson (Federal #14729 MD)
                            Law Firm of Nathaniel D. Johnson, L.L.C.
                            3475 Leonardtown Road, Suite 200
                            Waldorf, MD 20601
                            (301) 645-9103
                            (301) 893-6890 (fax)


**CERTIFICATE OF SERVICE**

I, Nathaniel D. Johnson, the undersigned, affirm under penalty of perjury that on this date, September 7, 2007, the foregoing Motion to Enlarge was sent, via electronic mail by the ECF system, to the following addressee:

Jeffrey Seaman, Esq., Attorney for Defendant


                                         /s/
                            Nathaniel D. Johnson (Federal #14729 MD)

---

1 Both of these aforementioned representations were rescheduled as a result of recent Orders by the respective Courts.