UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAJ WILSON

    PLAINTIFF,

v().

WMATA

    DEFENDANT.

Civil Action No.:   05-2146 (JGP)

### ORDER

**WHEREFORE,** Plaintiff has moved this Court for an unopposed thirty-day enlargement of time to the current discovery deadline and corresponding dispositive motion's schedule, it is hereby ORDERED as follows:

    GRANTED, this _____day of September 2007;

    DENIED, this_____day of September 2007.

    SO SHALL IT BE ORDERED.

_____
Honorable, Judge Penn

1