August 31, 2007





Hon. Thomas F. Hogan, Chief Judge
U.S. District Court
United States Courthouse
333 Constitution Avenue, N.W.
Room 4012
Washington, D.C. 20001

RE: Report Of The Parties
<u>Taj Wilson v. Washington Metropolitan Area Transit Authority</u>
Civil No. 05-2146 (JGP)

Dear Judge Hogan:

Pursuant to the Court's Order, following is a status report in the above noted case.

This case should remain in ACTIVE status.

Currently, the parties are conducting discovery. There are pending before the Court two Motions: (1) Plaintiff's Motion for Leave to File an Amended Complaint (#32); and (2) Plaintiff's Motion To Introduce An Expert & Expert Report (#38). The Defendant has filed Oppositions to both motions. Both are ripe for decision.

The parties have tentatively scheduled depositions such that they will be concluded by the current discovery deadline. There is a possibility that some of the deponents will not be available until after the current deadline, September 29th.

Respectfully Submitted,

Nathaniel Johnson
Counsel for Plaintiff
(301) 645-9103

Jeffrey C. Seaman
Counsel for Defendant
(202) 962-1856

Washington
Metropolitan Area
Transit Authority

600 Fifth Street, NW
Washington, DC 20001
202/962-1234

By Metrorail:
Judiciary Square—Red Line
Gallery Place-Chinatown—
Red, Green and
Yellow Lines
By Metrobus:
Routes D1, D3, D6, P6,
70, 71, 80, X2

A District of Columbia,
Maryland and Virginia
Transit Partnership