IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON,<br><br>    Plaintiff<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>    Defendant. | Civil No. 05-2146 (JGP) |

**CONSENT MOTION FOR EXTENSION OF DISCOVERY
AND DISPOSITIVE MOTION DEADLINES**

Comes now the Plaintiff, by and through counsel, and with the consent of the Defendant, and moves the Court for additional time within which to complete discovery and file dispositive motions. The Plaintiff requests that the current discovery deadline be moved from November 2, 2007 to January 30, 2008.

Counsel for the Plaintiff has experienced health problems that have prevented him from conducting depositions that had been scheduled to take place recently. Plaintiff hopes to take approximately 7 more depositions in this case.

This Motion is not made for purposes of unnecessary delay.

Respectfully Submitted,

/s/_____
Nathaniel Johnson, # 14729 (MD)
Richard L. Thompson, # 448816 (DC)
3475 Leonardtown Road, Suite 200
Waldorf, MD 20602
(301) 645-9103
(301) 861-0411 (facsimile)

**Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, September 28th, the foregoing Motion and Order, were sent to the following addressee, via ECF:

Jeffrey Seaman, Esq.
Attorney for Defendant