IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON,<br><br>　　　Plaintiff<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>　　　Defendant. | Civil No. 05-2146 (JGP) |

**CONSENT MOTION FOR EXTENSION OF DISCOVERY
AND DISPOSITIVE MOTION DEADLINES**

Upon Consent Motion filed by the Plaintiff for an extension of time within which to complete discovery and file dispositive motions, there appearing good cause therefor,

IT IS ORDERED that the Motion is GRANTED. The Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Completed: | January 30, 2008 |
| Dispositive Motions Filed: | February 27, 2008 |
| Oppositions to Dispositive Motions: | March 19, 2008 |
| Reply to Opposition: | April 2, 2008 |

　　　　　　　　　　**SO ORDERED.**


　　　　　　　　　　　　　_____
　　　　　　　　　　　　　Judge, U.S. District Court

Copies:

Nathaniel Johnson
Jeffrey C. Seaman