IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON, | |
|     Plaintiff | Civil No. 05-2146 (GK) |
| v. | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | |
|     Defendant. | |

**CONSENT MOTION TO RESCHEDULE STATUS HEARING**

Comes now the Defendant, with the consent of the Plaintiff, and moves the Court for an Order re-setting the recently scheduled status hearing (now set for November 6, 2007) to another date.

Counsel for the Plaintiff will be in trial in the Superior Court of the District of Columbia in the case of Dorothy Williams v. WMATA, 2005 CA 00229 B, between November 5, 2007 and November 7, 2007.  Accordingly, the Defendant requests, with the consent of the Plaintiff, that the hearing be moved to one of the following dates:

October 28, 29 or 30

November 16, 19 or 21.

Respectfully Submitted,

/s/
_____
Jeffrey C. Seaman , #466509
Assistant General Counsel
WMATA - COUN
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-1856
jcseaman@wmata.com