**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAJ WILSON, | |
|     Plaintiff | Civil No. 05-2146 (GK) |
| v. | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | |
|     Defendant. | |

**ORDER GRANTING MOTION TO RESCHEDULE**
**STATUS HEARING**

Upon consent motion filed by the Defendant, the Court having reviewed same, and there appearing to be good and sufficient cause therefor,

IT IS ORDERED that the parties shall report for a status hearing on _____ at _____ in room _____.

The status hearing currently scheduled for November 6, 2007 is cancelled.

_____
_____Gladys Kessler, Senior Judge