CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TAJ WILSON                )
                          )
         Plaintiff        )
                          )
    v.                    )    Civil Case Number 05-2146 (GK)
                          )
WMATA                     )    Category    H
                          )
         Defendant        )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on <u>October 25, 2007</u> from <u>Judge John Garrett Penn</u> to <u>Judge Gladys Kessler</u> by direction of the Calendar Committee.

(Randomly reassigned)

JUDGE ELLEN S. HUVELLE
Chair, Calendar and Case
Management Committee

cc:   <u>Judge Kessler</u> & Courtroom Deputy
      Liaison, Calendar and Case Management Committee
      Civil Case Processing Clerk ✓