UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON, : | |
| : | |
| Plaintiff, : | |
| : | |
| v. : | Civil Action No. 05-2146 (GK) |
| : | |
| WASHINGTON METROPOLITAN : | |
| AREA TRANSIT AUTHORITY, : | |
| : | |
| Defendant. : | |
| : | |

**O R D E R**

A Status Conference was held in this case on **October 30, 2007**. Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that the scheduling order currently in place in this case shall be modified as follows:

1) All discovery shall close **December 17, 2007**;

2) Dispositive motions shall be filed **no later than February 1, 2008**, oppositions are due **no later than March 1, 2008**, and replies are due **no later than March 15, 2008**;

3) A Pretrial Conference is scheduled for **April 1, 2008 at 4:30 p.m.**; and

4) A further status conference is scheduled for **December 17, 2007 at 10:15 a.m**.

October 30, 2007

/s/
Gladys Kessler
U.S. District Judge

**Copies to:** attorneys on record via ECF