IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON,** | |
| **Plaintiff** | |
| v. | Civil No. 05-2146 (JGP) |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | |
| **Defendant.** | |

## PRAECIPE

**NOW COMES** Plaintiff, by undersigned counsel, and informs the Court that he is withdrawing his motion identifying Michael Montgomery as an expert and preparing a report in the above-captioned matter. Plaintiff's motion was granted on October 29, 2007.

Respectfully Submitted,

/s/
Nathaniel Johnson, # 14729 (MD)
Richard L. Thompson, # 448816 (DC)
3475 Leonardtown Road, Suite 200
Waldorf, MD 20602
(301) 645-9103
(301) 861-0411 (facsimile)

**Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, November 4, 2007, the foregoing Praecipe was sent to the following addressee, via ECF:

Jeffrey Seaman, Esq.
Attorney for Defendant

                                                                Nathaniel D. Johnson: /S/