UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **TAJ WILSON,** | * | |
|     **Plaintiff,** | * | |
| **v.** | * | Case No. -05-CV-2146 |
| **WMATA,** | * | |
|     **Defendant.** | * | |
| | * * * * * * * | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A SECOND AMENDED COMPLAINT**

    **NOW COMES** Plaintiff, Taj Wilson, pursuant to Rule 15(a) of the Federal Rules of Civil Procedure, submits this Memorandum in support of his Motion to Amend his Complaint, and says as follows:

**I. STATEMENT OF THE CASE**

    The Plaintiff was a Metro Police Officer until his termination from WMATA. Plaintiff has filed claims to include Title VII and 42 U.S.C. §1981. However, Plaintiff would now like to amend his complaint a second time to add a claim for retaliation, which was filed administratively with the U.S. EEOC. Additionally, Plaintiff would like to remove any claim in violation of 42 U.S.C. §1981. Accordingly, Plaintiff now seeks leave of this Court for an amendment that prevents prejudice to his case in chief. Moreover, because the parties are in discovery and Plaintiff is currently scheduled to be deposed next week, Defendant will not be prejudiced in the event this Court grants his motion.

1

## II. LEGAL STANDARD

Rule 15(a) of the Federal Rules of Civil Procedure provides that when a party seeks leave to amend a complaint "leave shall be freely given when justice so requires." *Fed. R. Civ. Pro. 15(a)*.

## CONCLUSION

For the reasons aforementioned, Plaintiff's Motion for Leave to File an Amended Complaint should be Granted.

Respectfully submitted on behalf of Plaintiff,

_____/s/_____
Nathaniel D. Johnson (MD Bar #14729)
Richard L. Thompson, II (MD Bar #15980)
NATHANIEL D. JOHNSON & ASSOCIATES, L.L.C.
3475 Leonardtown Road, Suite 105
Waldorf, MD 20602
301-645-9103
301-861-0411 (fax)

November 15, 2007

## Certificate of Service

I, Nathaniel D. Johnson, affirm under the penalty of perjury that on this date, November 15, 2007, the foregoing Motion for Leave to Amend and the Amended Complaint were sent, via ECF, to the following addressees:

Jeffrey Seaman, Esq.
Attorney for Defendant                                                /s/
                                                                  Nathaniel D. Johnson