UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TAJ WILSON,**                              *

    **Plaintiff,**                         *

**v.**                                       *     Case No. -05-CV-2146

**WMATA,**                                   *

    **Defendant.**                         *

             *   *   *   *   *   *   *

## ORDER

**WHEREFORE**, Plaintiff has moved for leave to amend his Amended Complaint, it is hereby

ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this _____ day of November 2007;

Plaintiff's motion is hereby DENIED, this _____ day of November 2007.

**SO SHALL IT BE ORDERED.**

 

_____
Judge Gladys Kessler