**UNITED STATES DISTRICT COURT**
**District of Columbia**

| | |
|---|---|
| **TAJ WILSON**<br>**5000 Brinkley Rd.**<br>**Temple Hills, MD   20748** D R A F T | **1:05 CV 2146 (GK)** |
| **Plaintiff,** | |
| **v.** | |
| **WASHINGTON METROPOLITAN**<br>**AREA TRANSIT AUTHORITY**<br>**600 5ᵗʰ St., N.W.**<br>**Washington, D.C.   20001** | |
| **Defendant.** | |

**SUBSTITUTION OF COUNSEL**

Please note that the undersigned Bruce P. Heppen is now counsel for

the Defendant.  Jeffrey C. Seaman is no longer counsel for the Defendant in

this case.

Respectfully submitted,


_____/s/_____
Jeffrey C. Seaman, #466509
Assistant General Counsel
600 5ᵗʰ St., N.W.
Washington, D.C.  20001
(202) 962-1856
jcseaman@wmata.com

/s/
Bruce P. Heppen, # 252171
Associate General Counsel
600 5th St., N.W.
Washington, D.C.    20001
(202) 962-2569
bheppen@wmata.com

D R A F T