UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| TAJ WILSON<br>5000 Brinkley Rd.<br>Temple Hills, MD   20748<br><br>            Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th St., N.W.<br>Washington, D.C.   20001<br><br>            Defendant. | 1:05 CV 2146 (GK) |

## SUBSTITUTION OF COUNSEL

Please note that the undersigned Bruce P. Heppen is now counsel for the Defendant.  Jeffrey C. Seaman is no longer counsel for the Defendant in this case.

Respectfully submitted,

          /s/
Jeffrey C. Seaman, #466509
Assistant General Counsel
600 5th St., N.W.
Washington, D.C.   20001
(202) 962-1856
jcseaman@wmata.com

|  | /s/ |
|---|---|
|  | Bruce P. Heppen, # 252171 |
|  | Associate General Counsel |
|  | 600 5th St., N.W. |
|  | Washington, D.C.   20001 |
|  | (202) 962-2569 |
|  | bheppen@wmata.com |