UNITED STATES DISTRICT COURT
District of Columbia

| | |
|---|---|
| TAJ WILSON<br>5000 Brinkley Rd.<br>Temple Hills, MD   20748<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY<br>600 5th St., N.W.<br>Washington, D.C.   20001<br><br>    Defendant. | 1:05 CV 2146 (GK) |

## ANSWER TO AMENDED COMPLAINT AND JURY DEMAND

Comes now the Defendant, by and through counsel, and for its Answer to the Amended Complaint, states as follows:

### FIRST DEFENSE

The Amended Complaint fails to state a cause of action against this Defendant upon which relief may be granted.

### SECOND DEFENSE

**Jurisdiction and Venue**

1. The Defendant admits that this Court has jurisdiction over some of the claims herein pursuant to D.C. Code §9-1107.01 (81) (2001); the remaining allegations of paragraph 1 of the Amended Complaint are denied.

2. The allegations of paragraph 2 are admitted.

## Parties

3. The Defendant is admitted.

4. The allegations of paragraph 4 are admitted generally; however, the Plaintiff is male.

5. The Defendant admits that the Plaintiff is a member of a protected class based upon race; the remaining allegations of paragraph 5 are denied.

6. The allegations of paragraph 6 are admitted.

## Administrative Procedures

7. The lacks knowledge or information sufficient to permit it to answer the allegations of paragraph 7; the allegations are therefore denied.

8. The allegations of paragraph 8 are denied.

9. The allegations of paragraph 9 are denied.

## Count I

Disparate Treatment Based On Race and Color
In Violation of Title VII & 42 U.S.C. §1981

10. Paragraph 10 of the Complaint is cumulative and requires no separate response; to the extent a response is required, the Defendant incorporates by reference each of the foregoing paragraphs.

11. The allegations of paragraph 11 are admitted.

12. The Defendant admits that the Plaintiff was discharged in November 2004; the remaining allegations of paragraph 12 are denied.

13. The allegations of paragraph 13 are denied.

14. The allegations of paragraph 14 are denied.

15. The allegations of paragraph 15 are denied.

16. The allegations of paragraph 16 are denied.

## Count II

Disparate Treatment Based On Gender In Violation of Title VII

17. Paragraph 17 of the Amended Complaint is cumulative and requires no separate response; to the extent a response is required, the Defendant incorporates by reference each of the foregoing paragraphs.

18. The allegations of paragraph 18 are denied; the Defendant was discharged on November 5, 2004, for multiple reasons.

19. The allegations of paragraph 19 are denied.

20. The allegations of paragraph 20 are denied.

21. The allegations of paragraph 21 are denied.

## Count III

Racially Hostile Work Environment in Violation of §1981

22. Paragraph 22 of the Amended Complaint is cumulative and requires no separate response; to the extent a response is required, the Defendant incorporates by reference each of the foregoing paragraphs.

23. The allegations of paragraph 23 are denied.

### THIRD DEFENSE

The Plaintiff has failed to exhaust available administrative remedies, and / or failed to timely file suit as required by 42 U.S.C. §2000e-5(e)(1) and (f)(1).

### FOURTH DEFENSE

The Plaintiff was discharged for legitimate, non-discriminatory reasons.

### FIFTH DEFENSE

The Plaintiff's claims are barred, in whole or in part, by the WMATA Compact, codified at D.C. Code §§ 9-1107.01 (2001) et seq.

### SIXTH DEFENSE

The Defendant is immune from claims brought pursuant to 42 U.S.C. §1981.

### SEVENTH DEFENSE

Defendant has established a policy to handle complaints of racial harassment , and the Plaintiff has failed to act with reasonable care to take advantage of WMATA's available safeguards; moreover, there is otherwise no basis for respondeat superior liability for the acts alleged by the Plaintiff.

### EIGHTH DEFENSE

This court lacks subject matter jurisdiction over part or all of the claims herein.

## **NINTH DEFENSE**

The Plaintiff has failed to timely serve process upon the Defendant.

The Defendant intends to right to rely upon any and all defenses available from the evidence presented at the trial of this action, including, but not limited to, failure to mitigate damages, and reserves the right to assert such defenses at that time.

Further answering the complaint, Defendant denies all allegations of improper conduct, and further denies all allegations not specifically admitted or otherwise answered.

WHEREFORE, WMATA, having fully answered the Amended Complaint, prays that the same be dismissed with costs assessed against the Plaintiff.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

Carol O'Keeffe, #445277
General Counsel


_____/s/_____
Mark F. Sullivan, #430876
Deputy General Counsel


\_\_\_\_/s/_____
Bruce P. Heppen, # 252171
Associate General Counsel
600 5th St., N.W.
Washington, D.C.   20001
(202) 962-2569

**JURY DEMAND**

The Defendant demands a trial by jury.

/s/
Bruce P. Heppen
