IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON,<br><br>      Plaintiff<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>      Defendant. | C.A. No. 05-2146 (GK) |

### CONSENT MOTION FOR EXTENSION OF DISCOVERY
### AND DISPOSITIVE MOTION DEADLINES

Comes now the Defendant, by and through counsel, and with the consent of the plaintiff, and moves the Court for additional time within which to complete discovery and file dispositive motions. The Defendant requests that the current discovery deadline be moved from December 17, 2007 to January 18, 2008.

This motion is occasioned by two recent circumstances: first, the filing of an amended complaint adding a claim of retaliation, which was not included in the original complaint and which was not the subject of discovery and second, by the unexpected entry of the undersigned as newly substituted counsel for WMATA. The requested extension of time of one month to complete discovery is relatively modest and the extension of the schedule in regard to the filing of dispositive motions is even more modest, because counsel has shortened the lag time between the discovery cut-off

and the filing of a dispositive motion from 6 weeks to 4 weeks. The current schedule contemplates that the briefing on dispositive motions will be completed by March 15, 2008. The requested new schedule requires completion of the briefing by April 2, 2008.

This Motion is not made for purposes of unnecessary delay.

Respectfully Submitted,

//s

Bruce P. Heppen, #252171
Associate General Counsel
WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2569