**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAJ WILSON, | |
| Plaintiff | Civil No. 05-2146 (GK) |
| v. | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | |
| Defendant. | |

REVISED SCHEDULING ORDER

Upon Consent Motion filed by the Defendant for an extension of time within which to complete discovery and file dispositive motions, there appearing good cause therefor,

IT IS ORDERED that the Motion is GRANTED.  The Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery Completed: | January 18, 2008 |
| Dispositive Motions Filed: | February 18, 2008 |
| Oppositions to Dispositive Motions: | March 18, 2008 |
| Reply to Opposition: | April 2, 2008 |
| Pretrial Conference | April 25, 20008 |

SO ORDERED.

_____
The Honorable Gladys Kessler
U.S. District Court Judge

Copies:

Nathaniel Johnson
Bruce P. Heppen