UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| TAJ WILSON, | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| v. | : | Civil Action No. 05-2146 (GK) |
| | : | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | : | |
| | : | |
| **Defendant.** | : | |

## ORDER

Upon the Consent Motion filed by Defendant for an extension of time within which to complete discovery and file dispositive motions, it is this 3rd day of December, 2007, hereby

**ORDERED**, that the Motion is **granted**. The Scheduling Order is amended as follows:

| | |
|---|---|
| Discovery completed: | January 18, 2008 |
| Dispositive Motions filed: | February 18, 2008 |
| Oppositions to Dispositive Motions: | March 18, 2008 |
| Reply to Opposition: | April 2, 2008 |
| Pretrial Conference: | May 1, 2008 at 3:30 p.m. |

                                              /s/
                                              Gladys Kessler
                                              United States District Judge

**Copies via ECF to all counsel of record**