IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON,<br><br>    Plaintiff<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>    Defendant. | C.A. No. 05-2146 (GK) |

**CONSENT MOTION TO RESCHEDULE STATUS CONFERENCE**

Comes now the Defendant, by and through counsel, and with the consent of the plaintiff, and moves the Court to postpone the status conference scheduled for December 17, 2007 and reschedule it to January 17, 2008. This Court has recently granted the consent motion to extend the deadline for discovery and to reset all of the deadlines accordingly. The status conference set for next week, on December 17, 2007, was set to coincide with the close of discovery. The parties are jointly moving to reschedule the status conference to January 17, 2008 which is a day before discovery will close under the most recently amended schedule. This will also enable undersigned counsel to be more fully familiar with the case.

Respectfully Submitted,

//s

Bruce P. Heppen, #252171
Associate General Counsel
WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2569