**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAJ WILSON,<br><br>    Plaintiff<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>    Defendant. | Civil No. 05-2146 (GK) |

**REVISED SCHEDULING ORDER**

Upon Consent Motion filed by the Defendant to reschedule the presently scheduled status conference, there appearing good cause therefor,

IT IS ORDERED that the Motion is GRANTED. The Status Conference scheduled for December 17, 2008 is continued and rescheduled to January 17, 2008

SO ORDERED.

                                            _____
                                            The Honorable Gladys Kessler
                                            U.S. District Court Judge

Copies:

Nathaniel Johnson
Bruce P. Heppen