IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON, | |
| Plaintiff | C.A. No. 05-2146 (GK) |
| v. | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | |
| Defendant. | |

**CONSENT MOTION FOR EXTENSION OF TIME
TO RESPOND TO REQUESTS FOR ADMISSIONS**

Comes now the Defendant, by and through counsel, and with the consent of the plaintiff, and moves the Court for additional time within which to file its responses to the requests for admissions.  The Defendant requests that the current deadline for responding to the admissions be moved from December 17, 2007 to January 4, 2008.

This motion is occasioned by the unexpected entry of the undersigned as newly substituted counsel for WMATA.  At the time that prior counsel left his employment with WMATA, undersigned counsel had begun to gather information to respond to the 66 requests for admission propounded by plaintiff on November 13, 2007.  However, undersigned counsel did not appreciate the number of people who would need to be consulted to frame complete responses to the requests and some of those persons are on leave until after New Years.  The proposed requested date assures that the plaintiff

will be provided with responses prior to the continuation of the deposition of Chief Polly Hanson. Defendant WMATA is timely filing its responses to interrogatories and to requests for documents which are also due today.

This Motion is not made for purposes of unnecessary delay.

Respectfully Submitted,

//s

Bruce P. Heppen, #252171
Associate General Counsel
WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2569