**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAJ WILSON, | |
| Plaintiff | |
| v. | Civil No. 05-2146 (GK) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | |
| Defendant. | |

O R D E R

Upon Consent Motion filed by the Defendant to reschedule the deadline for answering the requests for admission, there appearing good cause therefor,

IT IS ORDERED that the Motion is GRANTED. The deadline for Defendant WMATA to respond to the pending Requests for Admissions is extended until January 4, 2007.

SO ORDERED.

_____
The Honorable Gladys Kessler
U.S. District Court Judge

Copies:

Nathaniel Johnson
Bruce P. Heppen