IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TAJ WILSON**

    **Plaintiff,**

    v.                                Civil Action No.  05-2146 (JGP)

**WMATA.**

    **Defendant.**

**PLAINTIFF'S FINAL REQUESTS
FOR PRODUCTION OF DOCUMENTS**

Pursuant to FRCP 34, Plaintiff Taj Wilson, by undersigned counsel, and propound the following requests for documents within the time prescribed by the Federal Rules of Civil Procedure, and produce the following documents for inspecting and copying thirty days from today's date at the office of undersigned counsel.

    1.    The term "Defendant" refers to the Washington Metropolitan Area Transit Authority, hereinafter, "WMATA" and each of its affiliates, divisions, subdivisions, predecessors, directors, officers, employees, agents, members, contractors, representatives and all persons acting or purporting to act on its behalf.

    2.    "Plaintiff" refers to Taj Wilson.

    3.    The term "document" means any writing or recording as defined in Rule 1001 of the Federal Rules of Evidence, including any drafts, revisions and computer-readable material.

    4.    The term "persons" refers to natural persons, proprietorships, corporations, partnerships, trusts, joint venture groups, associations and organizations.

5. "Relating to" and "relates to" mean, without limitation, relating to, concerning, constituting, mentioning, referring to, describing, summarizing, evidencing, listing, relevant to, demonstrating, tending to prove or disprove, or explain.

6. "Correspondence" means any letter, memorandum or other writing.

7. "Communication" or 'communications" includes, without limitation facsimile, in-person or telephone conversations, telegrams, telexes, tapes, or other sound recordings or means of transmitting information from one source to another.

8. The connectives "and" and "or" mean either disjunctively or conjunctively as necessary to bring within the scope of the discovery request all responses that might otherwise be construed to be outside of its scope.

9. The use of the singular includes the plural, and vice versa.

10. The use of one gender includes all others, appropriate in the context.

## INSTRUCTIONS

1. The relevant time period of these requests is from 2000 to present and shall include all documents, which relate or refer to this period even though prepared before or subsequent to that period.

2. If you object to furnishing any requested document on the ground of privilege, immunity, work product or otherwise, please provide a written statement in which you identify the specific ground on which your objection is based and the document objected to by furnishing its date, author, recipient, a general description of the subject matter of the document and the reason why the document is protected.

3.  Notwithstanding your objection, you must disclose any objected to evidence containing nonobjectionable matter which is relevant, and material to the discovery requests, but you may withhold the portion for which you assert the objection, subject to further request or motion, provided that you furnish the above-requested identification.

4.  If you later discover additional responsive documents, you are obligated to supplement your responses pursuant to FRCP 26(e).

## REQUESTS FOR DOCUMENTS

1.  Please produce all documents referenced in Defendant's Response to Interrogatory No. 1.
2.  Please produce the personnel file of "Ron Edwards", the WMATA Metropolitan Officer identified during the depositions of Sgt. Gregory Hanna and Terrence Tripplett.
3.  Please produce all documents referenced in Defendant's Response to Interrogatory No. 4.
4.  Please produce all documents referenced in Defendant's Response to Interrogatory No. 5.
5.  Please produce all anti-discrimination policies that were in effect at the time Plaintiff attended the WMATA training academy.
6.  Please produce all WMATA policies that relate to investigating accidents or collisions.
7.  Please produce all documents referenced in Defendant's Response to Interrogatory No. 10.
8.  Please produce all documents referenced in Defendant's Response to Interrogatory No. 11.
9.  Please produce all documents referenced in Defendant's Response to Interrogatory No. 12.
10. Please produce all documents referenced in Defendant's Response to Interrogatory No. 13.
11. Please produce the WMATA policy for administering "Question and Answers" during the investigation of complaints.

Respectfully submitted on behalf of Plaintiff:


Dated: November 9, 2007         Signed: _____/S/_____
                                          Nathaniel D. Johnson

### Certificate of Service

    I, Nathaniel D. Johnson, affirm under the penalty of perjury that on this date, November 9, 2007, the foregoing Plaintiff's Final Production of Documents and Interrogatories to Defendant were forwarded, via electronic and pre-paid postage, to the following addressee:

Jeffrey Seaman, Esq.
Assistant General Counsel
WMATA-COUN
600 Fifth Street, N.W.
Washington, D.C. 20001

Attorney for Defendant

                                                                _____/S/_____
                                                                Nathaniel D. Johnson