THE LAW FIRM OF

NATHANIEL D. JOHNSON, L.L.C.

*Richard L. Thompson, II*  (MEMBER OF ALL MD COURTS & D.C. FEDERAL COURT)
*Of Counsel*  201 CENTENNIAL STREET, SUITE #A-2
*Admitted in*  LAPLATA, MARYLAND 20646
*MD & D.C. Bars*  TEL. 301-645-9103 FAX. 301-861-0411    (NEW ADDRESS)

January 4, 2008

*Via: Electronic & First Class Mail*

Bruce Heppen, Esq.
WMATA
600 Sixth Street, N.W.
Washington, D.C.
20001

RE:   **Wilson v. WMATA (Civil No. 05-2156) Motion to Compel**

Dear Counsel:

This letter follows up my previous communications to you regarding defendant's inadequate responses to my client's final discovery. Suffice it to say, I was waiting to hear from you upon your return to work on Wednesday as you've previously indicated. Nonetheless, here are the issues that will be presented in my motion to compel that will be filed today:

Interrogatory 3: defendant produced the purported file of Ronnie Edwards, 3760-3764. There is no reference to allegations, investigations or charges remotely related to purported conduct that Mr. Edwards was involved in the forgery or signature of a judicial document. Further, the referenced attachments are not included in the production of documents.

Interrogatory 5: as noted previously, defendant has failed to identify similar claims.

Interrogatory 7: this response implies there was only one date, January 10, 2003. Were there other dates of training, certification, attendance?

Interrogatories 8, 9, 11 and 13: are not within the relevant time period of the actions giving rise to this litigation. Instead, defendant has produced documents after the fact.

Interrogatory 10: WMATA has failed to respond to many requests for information on others Metro Officers whom were involved in collisions or accidents. Plaintiff is not required to identify "other people suspected were involved in accidents. . . ." as you requested. The request goes to the comparative nature of the grounds for Plaintiff's removal. In short, your response asks for more than what is required of parties under the federal rules of civil procedure. Accordingly, I am asking that WMATA produce information regarding ALL Metro Officers whom were involved in collisions or accidents.

*"We Will Fight for Your Legal Rights!"*
E-Mail Address: nathanielesquire@aol.com

Nathaniel D. Johnson                                                                Page 2

Interrogatory 13: the event that occurred in the academy has been well-documented. For instance, it was reported that the matter was so-called, "investigated" by WMATA managements, not Northern Virginia officials or managers.

Similarly, WMATA's response to the corresponding Document Requests is inadequate as well. For instance, composition of officers based upon racial and gender classifications; complaints of discrimination, etc.

Given the upcoming deposition of Chief Hanson next week, I reserve the right to continue her deposition until the time that discovery is supplemented.

Should you have any questions, I can be reached at 301 645-9103. Thank you for your attention to this matter. **Please note the new address.**

Respectfully submitted,


/S/


Nathaniel D. Johnson