IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON,** <br><br>     **Plaintiff** <br><br> v. <br><br> **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** <br><br>     **Defendant.** | Civil No. 05-2146 (GK) |

### ERRATA

Plaintiff inadvertently did not include an Order in his motion to compel Defendant to supplement its discovery.

    Respectfully requests a hearing on this matter:

                                                           _____/s/_____
                                                 Nathaniel D. Johnson (MD#14729)
                                                 Richard L. Thompson (MD#15980)
                                                 201 Centennial Street #A-2
                                                 LaPlata, Maryland 20646
                                                 301 645-9103

Date: January 9, 2008

### Certificate of Service

I, Nathaniel D. Johnson, certify that I forwarded the foregoing Errata to the addressee via ECF:

Bruce Heppen, Associated Counsel
for Defendant, WMATA

                                                          _____/s/_____
                                                         Nathaniel D. Johnson