**nathaniel d. johnson**

| | |
|---|---|
| **From:** | nathaniel d. johnson [nathanielesquire@aol.com] |
| **Sent:** | Wednesday, December 26, 2007 3:14 PM |
| **To:** | 'Bruce P. Heppen' |
| **Cc:** | rlt2esquire@aol.com |
| **Subject:** | Wilson v. WMATA, Meet and Confer |

Counsel, per your requests, I am asking defendant to supplement its responses to plaintiff's discovery as set forth as follows:

Interrogatories:

1. Does defendant's response imply that the information is complete, as is, and does not require supplementation or update?
2. Related to the previous response.
4. Plaintiff is entitled to this information and it is relevant to defendant's discriminatory climate.
5. Plaintiff is entitled to this information particularly since it shows whether or not defendant has had prior knowledge of discrimination conduct in its workplace; further, whether or not witnesses or individuals in the current case were involved in prior or other discrimination complaints.
10. This information has not been fully presented. For instance, we have reason to believe that the information previously provided is incomplete, e.g., Terrence Tripplett testified during his deposition that he was involved in a collision.
13. This issue was testified to without objections during deposition testimonies of plaintiff, Tripplett and, possibly, the Chief. Moreover, defendant's explanation that WMATA's policies were inapplicable is blatantly inconsistent with the facts. It was previously testified to that WMATA management did respond to the incident and appeared and addressed the training recruits.

Document Requests:

3. Plaintiff awaits the production of this requests.
4. Plaintiff awaits the production of this requests.
5. Plaintiff awaits the production of this requests.
7. Plaintiff awaits the production of this requests.
10. Plaintiff awaits the production of this requests.

Counsel, I would be more than happy to hear from you the grounds by which defendant refuses to cooperate with plaintiff's aforementioned discovery. Please provide me with your availability for discussion on the subject for Friday, December 28th. However, in the event that I do not hear from you before that time, then I will proceed to file the appropriate motion to compel with the Court on the matter.

Regards,

Nathaniel D. Johnson, Attorney at Law

The information contained in this transmission is legally privileged and confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the Law Firm of Nathaniel D. Johnson L.L.C. at 301 645-9103. Thank You.
http://www.nathanieldjohnson.com/

10. This information has not been fully presented. For instance, we have reason to believe that the information previously provided is incomplete, e.g., Terrence Tripplett testified during his deposition that he was involved in a collision.

13. This issue was testified to without objections during deposition testimonies of plaintiff, Tripplett and, possibly, the Chief. Moreover, defendant's explanation that WMATA's policies were inapplicable is blatantly inconsistent with the facts. It was previously testified to that WMATA management did respond to the incident and appeared and addressed the training recruits.


Document Requests:


3. Plaintiff awaits the production of this requests.
4. Plaintiff awaits the production of this requests.
5. Plaintiff awaits the production of this requests.
7. Plaintiff awaits the production of this requests.
10. Plaintiff awaits the production of this requests.


Counsel, I would be more than happy to hear from you the grounds by which defendant refuses to cooperate with plaintiff's aforementioned discovery. Please provide me with your availability for discussion on the subject for Friday, December 28th. However, in the event that I do not hear from you before that time, then I will proceed to file the appropriate motion to compel with the Court on the matter.

Regards,

Nathaniel D. Johnson, Attorney at Law

---

The information contained in this transmission is legally privileged and confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this transmission is strictly prohibited. If you have received this transmission in error, please immediately notify the Law Firm of Nathaniel D. Johnson L.L.C. at 301 645-9103. Thank You. http://www.nathanieldjohnson.com/