**nathaniel d. johnson**

| | |
|---|---|
| **From:** | Bruce P. Heppen [bheppen@wmata.com] |
| **Sent:** | Wednesday, December 26, 2007 5:22 PM |
| **To:** | johnson, nathaniel d. |
| **Subject:** | Re: Wilson v. WMATA, Meet and Confer |

I am uncertain at the moment if I will be at work on Friday, Dec. 28, although I will be at work next week starting on Wed, Jan. 2nd. I am not going to be working tomorrow, Dec. 27th.

As far as interrog 1 (and accompanying doc. request 1), if plaintiff is asking that WMATA supplement a prior response, it would be helpful if you would identify the prior interog which you believe may require supplementation.

As to interrog 5, whether there is a hostile environment is irrelevant to this case which is premised on the occurrence of a series of incidents in 2004 involving Mr. Wilson. Without waiving the objection, I would be willing to settle the issues relating to this request and doc. request 4, if you are willing to identify a list of up to 10 people, for whom I would identify whether there were any complaints of employment discrimination filed against them with the EEOC within the past 10 years. WMATA is not subject to the jurisdiction of any of the commissions in the signatories or jurisdiction (i.e. DC, Prince Georges, Fairfax).

As to interrog 10, I am willing to search for records relating to reported accidents or collisions involving Terrence Tripplett. Again, if there are other people you suspect were involved in accidents, I would be willing to investigate these, in exchange for settling the issues involving this interrog and doc. request 7

As to interrog 13, the fact that this was discussed during a deposition does not mean that the Authority has waived objections, especially as to being overly broad and burdensome.

As to doc. request 5, I provided you with relevant documents.   Is there something you think is omitted?

Bruce P. Heppen
Assoc. General Counsel
WMATA
202-962-2569 Direct Dial
202-962-2550 Fax

THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE NAMED RECIPIENT, OR THE AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR OTHER USE OF THIS INFORMATION COMMUNICATION IS STRICTLY PROHIBITED AND NO PRIVILEGE IS WAIVED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE ABOVE-NAMED INDIVIDUAL IMMEDIATELY, COLLECT IF NECESSARY.

>>> "nathaniel d. johnson" <nathanielesquire@aol.com> 12/26/2007 3:13 PM >>>
Counsel, per your requests, I am asking defendant to supplement its responses to plaintiff's discovery as set forth as

 follows:

 Interrogatories:

1. Does defendant's response... or updated.
2. Related to the previous response.
4. Plaintiff is entitled to this information and it is relevant...