IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON,**<br><br>**Plaintiff**<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br><br>**Defendant.** | **Civil No. 05-2146 (GK)** |

## ORDER

**WHEREFORE,** Plaintiff has moved this Court for an Order compelling Defendant to supplement its inadequate discovery responses and award sanctions and costs, it is therefore ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this _____ day of January 2008;

Plaintiff's motion is hereby DENIED, this _____ day of January 2008.

**SO SHALL IT BE ORDERED.**

_____
Gladys Kessler, U.S. District Judge