IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON**<br><br>Plaintiff,<br><br>vs.<br><br>**WMATA**<br><br>Defendant. | CIVIL No: 05-2146 (GK) |

## NOTICE OF FILING PROPOSE ORDER

**NOW COMES** Taj Wilson, Plaintiff, by undersigned counsel and files his propose Order to his motion to compel discovery (Dkt. No. 59).

_____/s/_____
Nathaniel D. Johnson (MD#14729)
Richard L. Thompson (MD#15980)
201 Centennial Street #A-2
LaPlata, Maryland 20646
301 645-9103

Date: January 11, 2008

### Certificate of Service

I, Nathaniel D. Johnson, certify that I forwarded the foregoing Notice and Order to the addressee via ECF:

Bruce Heppen, Associated Counsel
for Defendant, WMATA

_____/s/_____
Nathaniel D. Johnson