IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON,** | |
| **Plaintiff** | Civil No. 05-2146 (GK) |
| v. | |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | |
| **Defendant.** | |

## ORDER

**WHEREFORE,** Plaintiff has moved this Court for an Order compelling Defendant to supplement its inadequate discovery responses and award sanctions and costs, it is therefore ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this _____ day of January 2008;

Plaintiff's motion is hereby DENIED, this _____ day of January 2008.

**SO SHALL IT BE ORDERED.**

_____
Gladys Kessler, U.S. District Judge