## nathaniel d. johnson

**From:** Bruce P. Heppen [bheppen@wmata.com]
**Sent:** Friday, January 04, 2008 2:56 PM
**To:** johnson, nathaniel d.
**Subject:** taj wilson
**Attachments:** ReqforAdmissions.wpd


Counsel: In accordance with Judge Kessler's order, I am responding to the requests for admissions today. I am still working on supplementing the answers to various questions where at the present I do not have sufficient information to provide a response due to the unavailability of personnel.

Please advise as to the status of Chief Hanson's deposition.

Bruce P. Heppen
Assoc. General Counsel
WMATA
202-962-2569 Direct Dial
202-962-2550 Fax

THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE NAMED RECIPIENT, OR THE AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR OTHER USE OF THIS INFORMATION COMMUNICATION IS STRICTLY PROHIBITED AND NO PRIVILEGE IS WAIVED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE ABOVE-NAMED INDIVIDUAL IMMEDIATELY, COLLECT IF NECESSARY.