THE LAW FIRM OF
NATHANIEL D. JOHNSON, L.L.C.

*Richard L. Thompson, II*      (MEMBER OF ALL MD COURTS & D.C. FEDERAL COURT)
*Of Counsel*                   201 CENTENNIAL STREET, SUITE #A-2
*Admitted in*                  LAPLATA, MARYLAND 20646
*MD & D.C. Bars*               TEL. 301-645-9103  FAX. 301-861-0411   **(NEW ADDRESS)**

January 8, 2008

*Via: Electronic & First Class Mail*

Bruce Heppen, Esq.
WMATA
600 Sixth Street, N.W.
Washington, D.C.
20001

   RE:   <u>Wilson v. WMATA (Civil No. 05-2156) Meet and Confer</u>

Dear Counsel:

   I am in receipt of Defendant's responses to Plaintiff's Request for Admissions presented January 4th. In your e-mail you referenced the necessity to supplement Defendant's responses due to "unavailability of personnel." However, in accordance with F.R.C.P. 36, I wanted to specifically address some of the inadequacies in order to avoid prejudice to my client in the event they are promptly supplemented. To that end, please note the following deficiencies:

Defendant's response of "unable to respond:" Nos. 11, 18, 24, 29, 30, 31, 42-44, 46, 47 and 63;

Defendant's response of "objection:" No. 25; and

Defendant's response that is incomplete: No. 53.

   In effect, please supplement the aforementioned fourteen Requests by close of business tomorrow. If not, I shall have no other choice but to file the appropriate motion with the Court. Given the upcoming deposition of Chief Hanson this Friday, I reserve the right to continue her deposition until the time that discovery is supplemented.

   Should you have any questions, I can be reached at 301 645-9103. Thank you for your attention to this matter. **Please note the new address.**

                                                             Respectfully submitted,


                                                             /S/


                                                             Nathaniel D. Johnson

*"We Will Fight for Your Legal Rights!"*
E-Mail Address: nathanielesquire@aol.com