nathaniel d. johnson

**From:** Bruce P. Heppen [bheppen@wmata.com]
**Sent:** Friday, January 11, 2008 3:44 PM
**To:** johnson, nathaniel d.
**Subject:** taj wilson

Counsel: I suffered through the deposition with a bad headache which wont quit - instead I have decided to quit for the day. As I am sure you can understand, I cannot supplement my responses to the admissions until I see Chief Hanson's testimony from today's deposition, which I hope to receive from the court reporter today. I hope to be able to supplement the admissions before cob on Monday.

Bruce P. Heppen
Assoc. General Counsel
WMATA
202-962-2569 Direct Dial
202-962-2550 Fax

THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE NAMED RECIPIENT, OR THE AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR OTHER USE OF THIS INFORMATION COMMUNICATION IS STRICTLY PROHIBITED AND NO PRIVILEGE IS WAIVED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE ABOVE-NAMED INDIVIDUAL IMMEDIATELY, COLLECT IF NECESSARY.