IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON,** | |
| **Plaintiff** | **Civil No. 05-2146 (JGP)** |
| v. | |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | |
| **Defendant.** | |

## ORDER

**WHEREFORE,** Plaintiff has moved this Court for an Order compelling Defendant to supplement its responses to his Request for Admissions and for costs and sanctions, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this _____day of January 2008;

Plaintiff's motion is hereby DENIED, this _____day of January 2008.

SO SHALL IT BE ORDERED.

_____
Hon. Judge Gladys Keller, U.S. District Court