UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | :   Civil Action No. 05-2146 (GK) |
| | : |
| WASHINGTON METROPOLITAN | : |
| AREA TRANSIT AUTHORITY, | : |
| | : |
| Defendant. | : |

**O R D E R**

A Status Conference was held in this case on **January 15, 2008.** Upon consideration of the representations of the parties, and the entire record herein, it is hereby

**ORDERED** that the scheduling order currently in place in this case shall be modified as follows:

1) All discovery shall close **no later than March 1, 2008**;

2) Dispositive motions shall be filed **no later than April 1, 2008**, oppositions are due **no later than May 1, 2008**, and replies are due **no later than May15, 2008**;

3) A Pretrial Conference is scheduled for **June 23, 2008 at 4:15 p.m.**; and

4) All pending discovery motions shall be referred to Magistrate Judge Kay for resolution.

January 15, 2008

/s/
Gladys Kessler
U.S. District Judge

**Copies to:** attorneys on record via ECF