IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON, | |
| Plaintiff, | C.A. No. 05-2146 (GK/AK) |
| v. | |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | |
| Defendant. | |

**MOTION FOR EXTENSION OF TIME
TO FILE OPPOSITION TO MOTION TO COMPEL**

Comes now the Defendant, by and through counsel, and moves the Court for additional time within which to file its opposition to plaintiff's motion to compel discovery. The Defendant requests that the current deadline for responding to the admissions be extended from January 23, 2008 to January 28, 2008.[1]

This motion is occasioned by the difficulty opposing counsel have had in finding a mutually acceptable time to discuss the motion with the hope of narrowing the matters in dispute. Despite attempts to schedule such a discussion, no discussion had yet occurred. This discussion will not cause any significant delay because this Court has recently extended the deadline

---

[1] There is some question as to what date triggered the computation of the time period for responding to the motion to compel. Plaintiff filed a motion to compel on January 8, 2008 and then filed a new motion on January 9, 2008. The electronic docket reflects a corrected entry on January 10, 2008.

for the completion of discovery until March 1, 2008.  Discovery disputes have been referred to Magistrate Judge Kaye, who has not yet scheduled a hearing on this matter.

This Motion is not made for purposes of unnecessary delay. Undersigned counsel has consulted with opposing counsel in accordance with LCvR 7(m) but opposing counsel was unable to take a position without consulting with his client.

POINTS AND AUTHORITIES

Fed. R. Civ. P. 6(b) and the inherent authority of this Court to manage its docket

Respectfully Submitted,

/s/

Bruce P. Heppen, #252171
Associate General Counsel
WMATA
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2569