**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAJ WILSON, | |
|     Plaintiff, | |
| v. | C.A. No. 05-2146 (GK/AK) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY, | |
|     Defendant. | |

O R D E R

Upon Motion filed by the Defendant to extend the deadline for filing an Opposition to the Motion to Compel, there appearing good cause therefor,

IT IS ORDERED that the Motion is GRANTED. Defendant shall file its Opposition to the Plaintiff's Motion to Compel by January 28, 2008

SO ORDERED.

_____
The Honorable Gladys Kessler
U.S. District Court Judge

Copies:

Nathaniel Johnson
Bruce P. Heppen