**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| TAJ WILSON,<br><br>    Plaintiff,<br><br>v.<br><br>WASHINGTON METROPOLITAN<br>AREA TRANSIT AUTHORITY,<br><br>    Defendant. | C.A. No. 05-2146 (GK/AK) |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE THAT the undersigned counsel, David J. Shaffer, enters his appearance as additional counsel for Defendant Washington Metropolitan Area Transit Authority.

Respectfully Submitted,

       /s/       
David J. Shaffer #413484
Assistant General Counsel
WMATA
600 Fifth St., N.W.
Washington, D.C. 20001
(202) 962-2820
Dshaffer@wmata.com