# ATTACHMENT 2

Plaintiff's most recent pay stub

| | |
|---:|:---|
| Department: | 3003 SECURITY -SHUTTLE/STUDENT GUARD |
| Functional Title: | NONE |
| Class Code and Title: | 7305 PATROL OFFICER III |
| Current Hire Date: | 01-11-2006 |
| Re-Hire Date: | NONE |
| Expiration Date: | NONE |
| Ten-Month Code: | NONE |
| Employment Category: | REGULAR |
| Grade/Level: | 08 |
| Scheduled Hours: | 40 |
| Manner of Pay: | HOURLY |
| Percent of FTE: | 100.00 |
| Annualized Salary: | 34403.20 |
| Rate of Pay: | 16.54 |
| Pay Frequency: | BIWEEKLY |

| Salary Information | 2008 YTD | 2007 Calendar Year | 2006 Calendar Year |
|---|---|---|---|
| Earnings: | 3419.44 | 36844.64 | 27887.36 |
| Overtime: | 793.92 | 4260.80 | 2280.85 |
| Lump Sum: | .00 | 570.60 | .00 |
| Totals: | 4213.36 | 41676.04 | 30168.21 |

2006 w2

| 1 Wages, tips, other compensation | 28105.71 | 2 Federal income tax withheld | 3596.79 |
|---|---|---|---|
| 3 Social security wages | 28105.71 | 4 Social security tax withheld | 1742.55 |
| 5 Medicare wages and tips | 28105.71 | 6 Medicare tax withheld | 407.53 |

| c Employer's name, address, and ZIP code |
|---|
| PRESIDENT & DIRECTORS OF GEORGETOWN COLLEGE FOR GEORGETOWN UNIVERSITY WASHINGTON DC 20057 |

| 7 Social security tips | .00 | 8 Allocated tips | .00 | 9 Advance EIC payment | .00 |
|---|---|---|---|---|---|
| 10 Dependent care | .00 | 11 Nonqualified plans | .00 | 12a Imputed Life | .00 |
| 12b 403b Deferrals | .00 | 12c Moving Expenses | .00 | 12d Third Party Amount | .00 |

| b Employer identification number (EIN) 53-0196603 | d Employee's social security number 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 |
|---|---|

| 13 Statutory Employee | 13 Retirement Plan | 13 Third Party Sick |
|---|---|---|

| 14 Other | .00 | 14 Other | .00 | 14 Other | .00 |
|---|---|---|---|---|---|

| e Employer's name, address, and ZIP code    **REISSUED COPY** |
|---|
| WILSON, TAJ D 5000 BRINKLEY ROAD TEMPLE HILLS MD 20748 |

| 15 State and State ID number | MD / 00286484 | 16 State wages, tips, etc. | 28105.71 | 17 State income tax | 2087.65 |
|---|---|---|---|---|---|
| 18 Local wages, tips, etc. | .00 | 19 Local income tax | .00 | 20 Locality name | None |

Your 2006 W2 has been sent in the mail. However, if you lose your W2 or never receive one, you may use this reissued copy to file your tax return. Please remember to keep your home address current in Employee Access +. If you think your 2006 W2 is

incorrect, please contact the Payroll Office at 687-4418.

Case 1:05-cv-02146-GK    Document 67-3    Filed 02/05/2008    Page 4 of 4