# ATTACHMENT 4

## Bruce P. Heppen - Re: Taj Wilson v. WMATA

**From:** Bruce P. Heppen
**To:** johnson, nathaniel d.
**Date:** 12/7/2007 5:33 PM
**Subject:** Re: Taj Wilson v. WMATA

Counsel: I am attaching in PDF and Word Perfect a second set of interrogatories and requests for production of documents. I am also sending a copy by first class mail.

I would like to remind you of your obligation to supplement your previously filed interrogatory responses, especially in light of the addition of the new count of your complaint. In particular, there may be a need to supplement your responses to interrogatories 6 and 7. There may also be a need to supplement your response to interrogatory 5 in light of the passage of time.

When Mr. Seaman sent out interrogatories in the early fall of 2006 my records reflect that he also sent out a request for production of documents. I am not aware of a response to that request - could you advise whether you provided a response and whether you provided documents to Mr. Seaman.

As far as remaining depositions, next week is difficult for me but thereafter I am fairly open. I am not planning on taking time off between now and the end of the year except for Dec. 31. Perhaps you could advise me of your availability during the period Dec. 18 thru Dec. 28. Aside from former Chief Hanson and your client, who are you envisioning deposing?

Bruce P. Heppen
Assoc. General Counsel
WMATA
202-962-2569 Direct Dial
202-962-2550 Fax

THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE NAMED RECIPIENT, OR THE AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR OTHER USE OF THIS INFORMATION COMMUNICATION IS STRICTLY PROHIBITED AND NO PRIVILEGE IS WAIVED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE ABOVE-NAMED INDIVIDUAL IMMEDIATELY, COLLECT IF NECESSARY.

>>> "nathaniel d. johnson" <nathanielesquire@aol.com> 12/7/2007 9:45 AM >>>
Counsel, I am still awaiting to hear from you regarding propose deposition dates for remaining witnesses. Also, we need to discuss whether the status conference currently scheduled for December 17th is necessary given the recent modification Ordered by the Court.

Regards,

Nathaniel D. Johnson, Attorney at Law

The information contained in this transmission is legally privileged and confidential intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, or copy of this transmission is

strictly prohibited. If you have received this transmission in error, please immediately notify the Law Firm of Nathaniel D. Johnson L.L.C. at 301 645-9103. Thank You. http://www.nathanieldjohnson.com/

## Bruce P. Heppen - Emailing: ReqforAdmissions.rev1.wpd

**From:** Bruce P. Heppen
**To:** johnson, nathaniel d.
**Date:** 1/14/2008 6:27 PM
**Subject:** Emailing: ReqforAdmissions.rev1.wpd

Counsel: attached are the revised admissions, based on newly obtained information as well as on Chief Hanson's responses on Friday.

When do you expect to provide me with a copy of your response to WMATA's second set of interrogatories and document requests?

The message is ready to be sent with the following file or link attachments:

ReqforAdmissions.rev1.wpd


Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

Bruce P. Heppen
Assoc. General Counsel
WMATA
202-962-2569 Direct Dial
202-962-2550 Fax

THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE NAMED RECIPIENT, OR THE AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR OTHER USE OF THIS INFORMATION COMMUNICATION IS STRICTLY PROHIBITED AND NO PRIVILEGE IS WAIVED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE ABOVE-NAMED INDIVIDUAL IMMEDIATELY, COLLECT IF NECESSARY.

## Bruce P. Heppen - taj wilson

**From:** Bruce P. Heppen
**To:** johnson, nathaniel d.
**Date:** 1/15/2008 11:55 AM
**Subject:** taj wilson

Counsel: this is to confirm our telephone conversation and our conversation this morning in the courthouse.

In light of the extension of discovery granted by the Court, and at your request, I have postponed the deposition of your client, Taj Wilson, which was scheduled for Thursday, January 17, 2008. We will agree upon an alternate mutually agreeable date for the deposition following my receipt of your interrogatory and document responses. You agreed to provide those responses to me by Friday, January 18, 2008.

On Friday, January 18, 2008 we will have a phone conversation, at a time to be suggested by you, regarding WMATA's responses to your interrogatories and request for admissions.

If this is not in accordance with your understanding of our agreements, please contact me ASAP.


Bruce P. Heppen
Assoc. General Counsel
WMATA
202-962-2569 Direct Dial
202-962-2550 Fax

THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE NAMED RECIPIENT, OR THE AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR OTHER USE OF THIS INFORMATION COMMUNICATION IS STRICTLY PROHIBITED AND NO PRIVILEGE IS WAIVED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE ABOVE-NAMED INDIVIDUAL IMMEDIATELY, COLLECT IF NECESSARY.

## Bruce P. Heppen - RE: taj wilson

| | |
|---|---|
| **From:** | Bruce P. Heppen |
| **To:** | johnson, nathaniel d. |
| **Date:** | 1/23/2008 6:06 PM |
| **Subject:** | RE: taj wilson |

Counsel: I tried you by phone earlier but I did not leave a message. I do not understand your computation of the time period. Under L. Civ. R 7(b), a party has 11 days to file an opposition to a motion. Under Fed. R. Civ. P. 6(a), intermediate weekend days and holidays are counted, unless the time period prescribed is less than 11 days, which is not the case here. The three extra days for mail service (Fed. R. Civ. P. 6(e)) was not changed by the advent of ECF and is tacked on after you compute the date it is otherwise due. In federal court that means that oppositions are due two weeks after the motion was filed. I am therefore filing a motion today.

I still have not received any responses to WMATA's second set of interrogatories/document requests from you. You represented to the court last week that they would be filed on Wed., January 16th and most recently you represented to me that I would have them yesterday, on Jan. 22. If I do not have them in hand by noon on Friday, Jan. 25, I will file a motion to compel before the end of the day on Friday.

Please advise as to your availability the week of February 19, 2008 for the deposition of your client. I would propose that I depose Mr. Wilson on Feb. 20, 2008.


Bruce P. Heppen
Assoc. General Counsel
WMATA
202-962-2569 Direct Dial
202-962-2550 Fax

THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE NAMED RECIPIENT, OR THE AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR OTHER USE OF THIS INFORMATION COMMUNICATION IS STRICTLY PROHIBITED AND NO PRIVILEGE IS WAIVED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE ABOVE-NAMED INDIVIDUAL IMMEDIATELY, COLLECT IF NECESSARY.

>>> "nathaniel d. johnson" <nathanielesquire@aol.com> 1/21/2008 6:11 PM >>>
Counsel, I believe your dates are inaccurate(e.g., if I filed on the 9th, I
believe the appropriate response time would be the 26th). Also, I will have
to confer with Mr. Wilson regarding granting any extension of time. Once you
calculate and provide me with the correct dates, I will seek my client's
approval and recommend that he consents to a continuance as long as you have
not exceeded the deadline.

Regards,


Nathaniel D. Johnson, Attorney at Law

(New Office Address:  201 Centennial Street, Suite #A-2 P.O. Box 1857
LaPlata, MD 20646)

---

The information contained in this transmission is legally privileged and
confidential intended only for the use of the individual or entity named
above. If the reader of this message is not the intended recipient, you are
hereby notified that any dissemination, distribution, or copy of this
transmission is strictly prohibited. If you have received this transmission
in error, please immediately notify the Law Firm of Nathaniel D. Johnson
L.L.C. at 301 645-9103. Thank You. http://www.nathanieljohnson.com/


-----Original Message-----
From: Bruce P. Heppen [mailto:bheppen@wmata.com]
Sent: Monday, January 21, 2008 5:59 PM
To: nathanielesquire@aol.com
Subject: taj wilson

Counsel:  My plans have shifted for tomorrow and I will be out of the office
all day.  I am a bit uncertain as to when my opposition to your motion to
compel is due, since you first filed on Jan. 8 and then filed an erratta
(i.e. an amended) motion to compel on January 9, which makes my opposition
due on Jan. 16.   Could we plan on speaking instead on Wed., January 16?
Will you also consent to extend the period for my response to your
opposition until Friday, Jan. 18?   If this is a problem for you or if you
otherwise want to speak with me, please call me on cell phone during the day
tomorrow, 202-997-1890.   I will assume that if I do not hear from you
during the day that you will consent to the extension of time.   I will not
be checking my e-mails until I return in the evening.


Thanks

Bruce P. Heppen
Assoc. General Counsel

Bruce P. Heppen
Assoc. General Counsel
WMATA
202-962-2569 Direct Dial
202-962-2550 Fax

THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY
FOR THE USE OF THE RECIPIENT NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS
NOT THE NAMED RECIPIENT, OR THE AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED
RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR
OTHER USE OF THIS INFORMATION COMMUNICATION IS STRICTLY PROHIBITED AND NO
PRIVILEGE IS WAIVED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR,
PLEASE NOTIFY THE ABOVE-NAMED INDIVIDUAL IMMEDIATELY, COLLECT IF NECESSARY.

## Bruce P. Heppen - taj wilson

| | |
|---|---|
| **From:** | Bruce P. Heppen |
| **To:** | johnson, nathaniel d. |
| **Date:** | 2/4/2008 6:17 PM |
| **Subject:** | taj wilson |
| **CC:** | Shaffer, David |

Counsel: This is to follow up my conversation with you last week prior to our joint conversation with the chambers of Magistrate Judge Kaye. At that time I asked you about the overdue responses to document requests - I pointed out that you had failed to provide tax returns or documents referring to the complaints of discrimination or other protected activity engaged in by Mr. Wilson as requested by WMATA or any written response. You provided no meaningful answer to my request and I have still not received a response to the document request.

In a December 7 e-mail I asked you about the absence of any response in the files I inherited regarding a prior document request. You did not respond in any way. I am resending that e-mail.

If I do not hear from you by 4 pm tomorrow I will file a motion to compel regarding both requests for documents and deficiencies in your interrogatory responses.


Bruce P. Heppen
Assoc. General Counsel
WMATA
202-962-2569 Direct Dial
202-962-2550 Fax

THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE NAMED RECIPIENT, OR THE AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR OTHER USE OF THIS INFORMATION COMMUNICATION IS STRICTLY PROHIBITED AND NO PRIVILEGE IS WAIVED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE ABOVE-NAMED INDIVIDUAL IMMEDIATELY, COLLECT IF NECESSARY.