**UNITED STATES DISTRICT COURT**
**DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| TAJ WILSON | ) | |
| | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | 05-2146 (GK) |
| | ) | |
| WASHINGTON METROPOLITAN | ) | |
| AREA TRANSIT AUTHORITY | ) | |
| | ) | |
|     Defendant. | ) | |

**PLAINTIFF'S RESPONSES**

**TO DEFENDANT'S DOCUMENT REQUESTS**

**NOW COMES** Plaintiff, Taj Wilson, by and through undersigned counsel, and responds to Defendant's Second Request for Documents as follows:

<u>REQUESTS NO.</u> 9. All documents submitted to, or received in connection with, any Equal Employment Opportunity Commission, WMATA Office of Civil Rights or state or District fair employment practice agency proceeding including, but not limited to, any charges of discrimination, statements of support of the charge and right-to-sue letter.

**RESPONSE: See the enclosed Charge of Discrimination.**

<u>REQUESTS NO.</u> 10. Any documents reflecting or documenting protests or opposition to discrimination as alleged in paragraph 30 of the Amended Complaint.

**RESPONSE:  None.**

<u>REQUESTS NO.</u> 11. All documents reflecting complaints or reprimands authored by any of your supervisors generated in connection with your employment at WMATA.

**RESPONSE: None.**

<u>REQUESTS NO.</u> 12. Copies of all of your federal, state, and local tax returns from 2004 to the

present.

**RESPONSE: Plaintiff will produce all tax documents.**

REQUESTS NO. 13. Copies of any diagnosis or other report from any medical provider with whom you consulted or from whom you sought treatment in connection with any non-economic injuries alleged in paragraphs 16, 28, 33 of the Amended Complaint.

**RESPONSE: None.**

_____/S/_____
Nathaniel D. Johnson (MD # 14729)
The Law Firm of Nathaniel D. Johnson
201 Centennial Street, Suite A-2
P.O. Box 1857
LaPlata, MD 20646
(301) 645-9103
(301) 861-0411 (fax)

**Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, February 5, 2008, the foregoing Plaintiff's Responses to Defendant's Requests for Documents were sent, electronic & pre-paid postage, to the following addressee:

Bruce Heppen, Attorney for Defendant

_____/S/_____
Nathaniel D. Johnson