IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAJ WILSON

    Plaintiff,

vs.                                 CIVIL No: 05-2146 (GK)

WMATA

    Defendant.

**PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION TO COMPEL DISCOVERY**

**NOW COMES** Taj Wilson, Plaintiff, by undersigned counsel and opposes Defendant's motion compelling Plaintiff to supplement his discovery and for sanctions and costs in the above-captioned matter. Plaintiff states herein as follows:

1. Plaintiff provided the Charge of Discrimination and some wage information;

2. Plaintiff is attempting to obtain previous years' tax filings;

3. Defendant is seeking information that was adduced in Plaintiff's previous deposition testimony, and has same and equal access to the relevant transcripts.

4. Accordingly, Plaintiff asks that Defendant's motion is denied.

                                                              _____/s/_____
                                                             Nathaniel D. Johnson (MD#14729)
                                                             Richard L. Thompson (MD#15980)
                                                              201 Centennial Street #A-2
                                                              LaPlata, Maryland 20646
                                                              301 645-9103

Date: February 20, 2008

**Certificate of Service**

I, Nathaniel D. Johnson, certify that I forwarded the foregoing Opposition to the addressee via ECF:

Bruce Heppen, Associated Counsel
for Defendant, WMATA

_____/s/_____
Nathaniel D. Johnson