IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON,**<br><br>    **Plaintiff**<br><br>v.<br><br>**WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,**<br><br>    **Defendant.** | **Civil No. 05-2146 (JGP)** |

## **ORDER**

**WHEREFORE,** Plaintiff has moved this Court for an Order compelling Defendant to supplement its responses to his Request for Admissions and for costs and sanctions, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this ____day of March 2008;

Plaintiff's motion is hereby DENIED, this _____day of March 2008.

SO SHALL IT BE ORDERED.

_____
Hon. Magistrate Judge Kay