UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br>)<br>    Defendant. )<br>_____) | 05-2146 (GK)(AK) |

## WMATA'S OPPOSITION TO PLAINTIFF'S SUPPLEMENTAL MOTION TO COMPEL AND CROSS-MOTION FOR COSTS

Plaintiff's Supplemental Motion to Compel further answers to Requests for Admission is frivolous and costs should be awarded to WMATA for having to deal with this frivolous motion.

Plaintiff's Supplemental Motion is proceeding <u>on the wrong set of Responses</u>. Immediately upon receipt of this Motion, counsel for WMATA informed plaintiff's counsel of this fact (<u>see</u> Email from David J. Shaffer to Nathaniel Johnson, Exhibit 1 hereto), and provided a copy of the Supplemental Responses (Exhibit 2 hereto). WMATA further informed plaintiff that if he did not withdraw the Motion by Friday, March 29, he would seek sanctions. (Exhibit 3 hereto). Sanctions are further justified by plaintiff's counsel's failure to meet and confer over the Motion prior to filing it, which would have made all of this unnecessary. <u>See</u> Exhibit 4 hereto.

As the attached Supplemental Responses illustrate, WMATA has responded

to every Request contained in plaintiff's Motion and has fully complied with this Court's order of February 26, 2008. Plaintiff's counsel's insistence in proceeding with this Motion is frivolous and a waste of time of the Court and counsel. It should not be countenanced.

                          Respectfully submitted,

                          WASHINGTON METROPOLITAN AREA
                          TRANSIT AUTHORITY

                          Carol O'Keeffe, #445277
                          General Counsel

                          _____/s/_____
                          Bruce P. Heppen #252171
                          Deputy General Counsel

                          _____/s/_____
                          David J. Shaffer, #413484
                          Assistant General Counsel
                          WMATA
                          600 Fifth Street, N.W.
                          Washington, D.C.  20001
                          (202) 962-2820
                          Attorneys for Defendant WMATA