# EXHIBIT 1

| | |
|---|---|
| From: | David Shaffer |
| To: | johnson, nathaniel d. |
| Date: | 3/17/2008 11:25:37 AM |
| Subject: | *Wilson v. WMATA* — your supplemental motion to compel on our answers to your RFA's |

Dear Mr. Johnson, I have reviewed the motion you filed yesterday as a "Supplemental Motion to Compel Responses to Requests for Admissions." I wish that you had pursued the meet and confer requirements of the Local Rules, because you appear to be working off of the old answers, not our Supplemental Answers served February 29, 2008, in which we responded to the RFA's that you claim are at issue. Attached to this email is a copy of that Supplemental Response.

I request that you review the Supplemental Response of February 29 and withdraw your Motion to Compel. If you still take issue with any answers in our Supplemental Responses, I request that you confer with me prior to filing another motion so that we may attempt to resolve any matters amicably.

Please let me know if you will withdraw your motion.

David J. Shaffer
Assistant General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2820
fax: (202) 962-2550
dshaffer@wmata.com

THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE NAMED RECIPIENT, OR THE AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR OTHER USE OF THIS INFORMATION COMMUNICATION IS STRICTLY PROHIBITED AND NO PRIVILEGE IS WAIVED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE ABOVE-NAMED INDIVIDUAL IMMEDIATELY, COLLECT IF NECESSARY.

| | |
|---|---|
| CC: | Heppen, Bruce P. |