# EXHIBIT 3

| From: | David Shaffer |
|---|---|
| To: | johnson, nathaniel d. |
| Date: | 3/18/2008 9:42:11 AM |
| Subject: | RE: Wilson v. WMATA - your supplemental motion to compel on our answers to your RFA's |

Attached are the responses we served. Please review and let me know which, if any, you still belive are inadequate.

David J. Shaffer
Assistant General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2820
fax: (202) 962-2550
dshaffer@wmata.com

THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE NAMED RECIPIENT, OR THE AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR OTHER USE OF THIS INFORMATION COMMUNICATION IS STRICTLY PROHIBITED AND NO PRIVILEGE IS WAIVED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE ABOVE-NAMED INDIVIDUAL IMMEDIATELY, COLLECT IF NECESSARY.

\>>> "nathaniel d. johnson" <nathanielesquire@aol.com> 3/18/2008 10:01 AM >>>
First of all, there is NO record of my office EVER receiving the
supplemental information as you have represented. I will review the
information and decide at that time.


Nathaniel D. Johnson, Attorney at Law


The Law Firm of Nathaniel D. Johnson, L.L.C.
201 Centennial Street, Suite #A-2
P.O. Box 1857
LaPlata, MD 20646
301 645-9103/301 934-4366

---

The information contained in this transmission is legally privileged and
confidential intended only for the use of the individual or entity named
above. If the reader of this message is not the intended recipient, you are
hereby notified that any dissemination, distribution, or copy of this
transmission is strictly prohibited. If you have received this transmission
in error, please immediately notify the Law Firm of Nathaniel D. Johnson
L.L.C. at 301 645-9103. Thank You. http://www.nathanieldjohnson.com/


-----Original Message-----
From: David Shaffer [mailto:dshaffer@wmata.com]
Sent: Monday, March 17, 2008 10:26 AM
To: nathaniel d. johnson
Cc: Bruce P. Heppen