# EXHIBIT 4

| | |
|---|---|
| From: | David Shaffer |
| To: | johnson, nathaniel d. |
| Date: | 3/26/2008 10:46:16 AM |
| Subject: | *Taj Wilson v. WMATA* |

Dear Mr. Johnson: I have not heard back from you regarding your Supplemental Motion to Compel since I sent you the amended set of Responses to Request for Admission. As I previously stated, and have demonstrated, you are proceeding on the wrong set of Responses. If you do not withdraw the Motion and I am forced to file an Opposition, I will seek my costs, especially since you failed to meet and confer over the Motion prior to filing it. I expect a response from you by tomorrow, since my Opposition is due on the 31st and I will begin working on it Friday.

David J. Shaffer
Assistant General Counsel
Washington Metropolitan Area Transit Authority
600 Fifth Street, N.W.
Washington, D.C. 20001
(202) 962-2820
fax: (202) 962-2550
dshaffer@wmata.com

THIS E-MAIL MESSAGE IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR THE USE OF THE RECIPIENT NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE NAMED RECIPIENT, OR THE AGENT RESPONSIBLE TO DELIVER IT TO THE NAMED RECIPIENT, YOU ARE NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, COPYING OR OTHER USE OF THIS INFORMATION COMMUNICATION IS STRICTLY PROHIBITED AND NO PRIVILEGE IS WAIVED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE NOTIFY THE ABOVE-NAMED INDIVIDUAL IMMEDIATELY, COLLECT IF NECESSARY.

CC:    Heppen, Bruce P.