UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAJ WILSON                                    )
                                              )
        Plaintiff,                            )
                                              )
    v.                                        )   05-2146 (GK)(AK)
                                              )
WASHINGTON METROPOLITAN                       )
AREA TRANSIT AUTHORITY                        )
                                              )
        Defendant.                            )
                                              )

**ORDER DENYING PLAINTIFF'S SUPPLEMENTAL MOTION TO COMPEL AND GRANTING WMATA'S CROSS-MOTION FOR COSTS**

The Court, having considered Plaintiff's Supplemental Motion to Compel, Defendant's Response thereto and Cross-Motion for costs, and good cause appearing, IT IS HEREBY ORDERED THAT:

1. Plaintiff's Motion is DENIED,

2, Plaintiff shall pay costs to WMATA in the amount of _____.


_____
Alan Kay
United States Magistrate Judge