UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )   05-2146 (GK/AK) |
| | ) |
| WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY | ) |
| | ) |
|     Defendant. | ) |

## WMATA'S MOTION FOR SUMMARY JUDGMENT

This is a Title VII case brought by a former WMATA Transit Policer Officer, Taj Wilson, a black male, who alleges that his termination was based upon his sex, race and retaliation for a complaint about his treatment during training. He also alleges a racially hostile working environment.

Summary Judgment is proper under Fed. R. Civ. P. 56 on the grounds that:

(1) Plaintiff's sex discrimination claim is barred by his failure to exhaust administrative remedies, see Park v. Howard University, 71 F.3d 904 (D.C. Cir. 1995), and his failure to show that WMATA's legitimate nondiscriminatory action was not the real reason for the discharge. Brady v. Ofc. of the Sergeant of Arms, 2008 U.S. App. LEXIS 6460, Slip Op. 06-5362 (D.C. Cir. March 28, 2008);

(2) Plaintiff's race discrimination claim fails to rebut WMATA's legitimate, nondiscriminatory reasons because he cannot show any similarly situated nonblack Transit Police officers who were treated differently so as to resist summary judgment under Brady.;

(3) Plaintiff 's retaliation claim is barred by his inability to show a proximate cause between the alleged EEO complaint and the first instance of discipline, which occured 17 months later See Clark County School Dist. v, Breeden, 532 U.S. 268 (2001).

(4) Plaintiff's hostile work environment claim fails to state a claim becausehe does not allege incidents that are sufficiently severe or pervasive so as to consitute a hostile working environment.  See Harris v. Forklift Systems, Inc., 510 U.S. 17, 21 (1993).   Moreover, plaintiff has failed to exhaust administrative remedies on this claim, as well.

For these reasons, WMATA seeks summary judgment on all four counts of plaintiff's complaint.

                                              Respectfully submitted,

WASHINGTON METROPOLITAN
AREA TRANSIT AUTHORITY

Carol B. O'Keeffe #445277
General Counsel

Bruce P. Heppen #252171
Deputy General Counsel

         /s/
David J. Shaffer #413484
Assistant General Counsel
600 Fifth St., N.W.
Washington, D.C. 20001
(202) 962-2820
Dshaffer@wmata.com
Attorneys for Defendant WMATA