UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br>)<br>Defendant. )<br>) | 05-2146 (GK/AK) |

**EXHIBIT LIST**

1. EEOC Charge

2. Declaration of Lieutenant Robert Melan

3. Oath of Office - WMATA Metro Transit Police

4. Taj Wilson's statement to Captain George Heilmann

5. Followup interview, Q&A, Officer Taj Wilson

6. Memorandum from Captain George Heilmann to Chief Polly Hanson - Subject: Administrative Inquiry, re: Taj Wilson, Displayed Weapon - Off-Duty Incident

7. General Order - Metro Transit Police - Subject: Firearms, No. 131

8. General Order - Metro Transit Police - Subject: Ethical Standards of Conduct and Financial Interest, No. 217

9. Memorandum from Sergeant Helen Acton to Chief Polly Hanson, Deputy Chief Timothy Gronau, and Captain John Triplett - Subject: Report of Investigation

10. Memorandum from Deputy Chief Timothy Gronau to Officer Taj Wilson - Subject: One (1) Day Suspension Without Pay

11. Memorandum from Officer Taj Wilson to Sergeant Donald Proctor - Subject: Off Duty Incident

12. Memorandum from Captain George Heilmann to Chief Polly Hanson - Subject: Administrative Injury, Re: Taj Wilson Off-Duty & On-Duty Incidents, 6-13-04 & 6-18-04

13. Deposition of Taj Wilson - Volume I

14. General Order - Metro Transit Police - Subject: Authority and Jurisdiction, No. 105

15. General Order - Metro Transit Police - Subject: Duties and Responsibilities, No. 215

16. Memorandum from Chief Polly Hanson to Officer Taj Wilson - Subject: Eleven (11) Day Suspension Without Pay

17. Officer Scott Bird's Arbitration Testimony

18. Memorandum from Officer Taj Wilson to Sergeant Donald Proctor - Subject: Statement

19. Memorandum from Officer Scott Bird to Sergeant Donald Proctor - Subject: Statement

20. Sergeant Donald Proctor's Arbitration Testimony

21. Lieutenant Shawn Doody's Arbitration Testimony

22. Memorandum from Lieutenant Shawn Doody to Deputy Chief Timothy Gronau and Captain John Triplett - Subject: Accident Investigation

23. Deposition of Polly Hanson

24. State of Maryland Motor Vehicle Accident Report

25. Memorandum from Officer Taj Wilson to Sergeant Donald Proctor - Subject: Statement

26. Memorandum from Officer Taj Wilson to Lieutenant Erhart Olson Subject: Addendum to Statement - Vehicle Accident Dated August 15, 2004

27. Computerized Voice Stress Analyzer Test - Statement of Lieutenant Robert Melan

28. General Order - Metro Transit Police - Subject: Emergency Vehicle Operations,

No. 306

29. Plaintiff Taj Wilson's Responses to Defendant WMATA Interrogatories

30. Deposition of Taj Wilson - Volume II

31. Agreement Between WMATA and Local 246 of the International Brotherhood of Teamsters, AFL-CIO (Metro Transit Police)

32. Opinion and Award from Arbitration between WMATA and Fraternal Order of Police/DCHA Labor Committee