UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-2146 (GK/AK) |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING WMATA'S MOTION FOR SUMMARY JUDGMENT**

The Motion of Defendant WMATA for summary judgment having come before the Court, and good cause appearing, IT IS HEREBY ORDERED THAT:

The Motion is GRANTED, and judgment is entered in favor of WMATA.

_____
Gladys Kessler
United States District Judge