IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL No: 05-2146  (GK-AK) |
| ) | |
| WMATA ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## NOTICE OF WITHDRAWAL OF MOTION

**NOW COMES** Plaintiff, by undersigned counsel, and withdraws his Motion to Compel Defendant's discovery (Docket No. 73), filed March 16th.

Respectfully submitted:

_____/s/_____
Nathaniel D. Johnson (MD#14729)
Richard L. Thompson,II (MD#15980)
201 Centennial Street, A-2
P.O. Box 1857
LaPlata, Maryland 20646
301-645-9103
301-861-0411 fax

Dated: April 11, 2008

### Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, April 11, 2008, the foregoing Notice of Filing was forwarded to Defendant's Counsel, via ECF.:

David Shaffer, Esq.

_____/s/_____
Nathaniel D. Johnson