UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAJ WILSON

    PLAINTIFF,

v.

WMATA

    DEFENDANT.

Civil Action No.: 05-2146 (GK-AK)

**CONSENT MOTION FOR AN ENLARGEMENT OF TIME**

Pursuant to Fed. R. Civ. P. 6(b) (1), Plaintiff, Taj Wilson, respectfully moves this Court for a two week enlargement of time up to May 15th, to oppose Defendant's Motion for Summary Judgment. The Defendant's attorney of record has consented to the relief requested herein.

Defendant filed its Motion for Summary Judgment on April 1, 2008 (Docket No. 77). Plaintiff's Opposition is currently due on May 1st. However, Plaintiff is seeking a statement from a critical witness in support of his case in chief, and the enlargement would afford the opportunity to further interview the witness and secure an affidavit.

Additionally, undersigned counsel has encountered other client matters have arisen since the time that Defendant filed its motion for Summary Judgment; specifically, undersigned has extensive discovery in the matter of Whitlock v. U.S.D.A. before the U.S. Merit Systems Protection Board; until recently when an enlargement was granted, undersigned has had to prepare an opposition motion in Frank Adams v. U.S. Capitol Police Board

Accordingly, Plaintiff respectfully requests up to two weeks' enlargement of time to oppose Defendant's Motion for Summary Judgment and asks that the corresponding reply time

2

will be adjusted as well. This motion is not intended to cause delay or for any dilatory purpose. Defendant's counsel consents to this motion.

For the foregoing reasons, Plaintiff moves this Honorable Court for an enlargement of time up to and until May 15, 2008, to file Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

April 28, 2008                                        Respectfully submitted,

                                                      _____/s/_____
                                                      Nathaniel D. Johnson
                                                      Richard L. Thompson
                                                      Counsel for Plaintiff
                                                      201 Centennial Street, Suite A-2
                                                      LaPlata, Maryland 20646
                                                      (301) 645-9103

## Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, April 28, 2008, the foregoing consent for enlargement was forwarded via ECF to the following:

David Shaffer, Attorney for Defendant

                                                      **/s/**
                                                      Nathaniel D. Johnson