IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON,**<br><br>      **Plaintiff**<br><br>v.<br><br>**WMATA**<br><br>      **Defendant.** | **Civil No. 05-2146 (GK-AK)** |

## ORDER

**WHEREFORE,** Plaintiff has moved this Court, with consent, for a two week enlargement of time to oppose Defendant's motion for summary judgment, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this ____day of April 2008;

Plaintiff's motion is hereby DENIED, this ____day of April 2008.

**SO SHALL IT BE ORDERED.**

_____
Hon.  Gladys Keller, U.S. District Court Judge