UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

TAJ WILSON,

    Plaintiff,

v.

WMATA

    Defendant.

Civil No: 05-2146

PLAINTIFF'S CONSENT MOTION

FOR A ONE WEEK ENLARGEMENT OF TIME

**NOW COMES** Plaintiff, Taj Wilson, by and through undersigned counsel and moves this Court for another one week enlargement of time to oppose Defendant's Motion for Summary Judgment. In support of this consent motion, Plaintiff states herein as follows:

1. Plaintiff has identified Robert Burkholder as a comparator in his employment discrimination action for damages pursuant to Title VII of the 1964 Civil Rights Act, as amended by 1991.

2. Heretofore, Defendant's motion references that Robert Burkholder was disciplined for conduct in violation of WMATA's General Orders up to the year 2005. (See Defendant's Motion, Document 77-5, ¶68).

3. On May 2nd, however, Plaintiff attempted to reach Defendant to engage in a meet and confer requesting supplement of the attached document which raises some question regarding whether Robert Burkholder was disciplined for conduct that occurred in 2006. ( See Exhibit 1).

4. Since that time, Defendant represents that it has conferred with Terry L. Smith, Manager, Third Party Liability. Purportedly, Mr. Smith makes the claim that the referenced document was the result of a 2006 audit.

5. Plaintiff is seeking a one week enlargement of time up to May 22nd, to ascertain through meet and confer, supplemental discovery or any other available measure to confirm Mr. Burkholder's disciplinary activities for 2005 through 2006.

6. This motion is not meant to cause delay or for a dilatory purpose.

7. Defendant consents to this motion.

Respectfully submitted on Plaintiff's behalf:

May 6, 2008

_____/S/_____
Nathaniel D. Johnson, Esq.
Richard L. Thompson, Esq.
The Law Firm of Nathaniel D. Johnson, L.L.C.
201 Centennial Street, Suite A-2
LaPlata, Maryland 20646
Attorneys for Plaintiff

## Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, May 6, 2008, the foregoing Consent Motion was forwarded, via ECF, to the following addressee:

David Shaffer, Esq.

Attorney for Defendant

                                                    /S/
                                    Nathaniel D. Johnson