<u>TO BE COMPLETED BY REQUESTING OFFICER:</u>

- Total days suspended __6__.
- Number of days requesting to work in lieu of suspension _____.
- Request approval to work in lieu of suspension on the date(s) listed below: (Note: Only one day per week may be worked and weeks worked must be consecutive until the requested dates are completed).
- Number of days of annual leave to be forfeited in lieu of suspension __6__.
- Number of days of compensatory leave to be forfeited in lieu of suspension _____.

Date(s): 5/18 · 5/19 / 6/1 · 6/2 / 6/15 · 6/16      Member's Signature _[signature]_

Bureau/Division __FOB/DIA__      Date: __5-18-06__

Recommendation:

- District/Division Commander

_____

- Bureau Commander

__Cpt N. [signature]__  __05/18/2006__

_____

Request to work scheduled days off or forfeit annual/compensatory leave in lieu of suspension is:

APPROVED __X__

DISAPPROVED _____

Chief of Police __[signature]__      Date __5/19/06__

MTP Form #120 (revised 06/04/03)

OFC. BURKHOLDER UNDERSTANDS THAT HE DOES NOT WAIVE HIS RIGHT TO ARBITRATION BY FORFEITING LEAVE IN LIEU OF SUSPENSION.

_[signature]_ 5/18/06      _[signature]_ 5/18/06

CONFIDENTIAL                                                2870