UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON,** | |
| **Plaintiff,** | |
| v. | Civil No: 05-2146 |
| **WMATA** | |
| **Defendant.** | |

## ORDER

**WHEREFORE**, Plaintiff has moved this Court for a one week enlargement of time, with consent, it is therefore, ORDERED as follows:

Plaintiff's motion is hereby GRANTED this _____day of May 2008;

Plaintiff's motion is hereby DENIED this _____day of May 2008.

**SO SHALL IT BE ORDERED.**

Hon. Gladys Keller, U.S. District Judge

1