# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON** <br><br>     **PLAINTIFF,** <br><br> v. <br><br> **WMATA** <br><br>     **DEFENDANT.** | Civil Action No.:  05-2146 (GK-AK) |

## CONSENT MOTION FOR A FINAL ENLARGEMENT OF TIME

    Pursuant to Fed. R. Civ. P. 6(b) (1), Plaintiff, Taj Wilson, respectfully and for good cause moves this Court for a final enlargement of time up to June 6th, to oppose Defendant's Motion for Summary Judgment.  The Defendant's attorney of record has consented to the relief requested herein.

    Defendant filed its Motion for Summary Judgment on April 1, 2008 (Docket No. 77). Plaintiff's Opposition is currently due on May 22nd. Plaintiff recently discovered a document that raises an issue of whether a comparator, Robert Burkholder, was treated differently than Plaintiff and may dispute the declaration of Lieutenant Melan. Undersigned has had a number of discussions with opposing counsel on the subject, and have agreed to a deposition of Mr. Burkholder and Lieutenant Melan that will be limited in scope to the issues represented in the document. An enlargement of time would afford Plaintiff the opportunity to interview these witnesses and secure testimonies by depositions.

    Additionally, this last enlargement is requested because due to parties counsel's schedules, the propose meeting and depositions of the aforementioned witnesses cannot occur before May 30th, and time would then be required to obtain transcripts of the testimonies.

Accordingly, Plaintiff respectfully requests a final enlargement of time to oppose Defendant's Motion for Summary Judgment and asks that the corresponding reply time will be adjusted as well. This motion is not intended to cause delay or for any dilatory purpose. Defendant's counsel consents to this motion.

For the foregoing reasons, Plaintiff moves this Honorable Court for an enlargement of time up to and until June 6, 2008, to file Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

May 21, 2008                                             Respectfully submitted,

                                                         ____/s/_____
                                                         Nathaniel D. Johnson
                                                         Richard L. Thompson
                                                         Counsel for Plaintiff
                                                         201 Centennial Street, Suite A-2
                                                         LaPlata, Maryland 20646
                                                         (301) 645-9103


### Certificate of Service

I, Nathaniel D. Johnson, certify that on this date, May 21, 2008, the foregoing consent for enlargement was forwarded via ECF to the following:

David Shaffer, Attorney for Defendant

                                                         /s/
                                                         Nathaniel D. Johnson