IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON,** | |
| **Plaintiff** | **Civil No. 05-2146 (JGP)** |
| **v.** | |
| **WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY,** | |
| **Defendant.** | |

## **ORDER**

**WHEREFORE,** Plaintiff has moved this Court for an Order to enlarge up to June 6th, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this ____day of May 2008;

Plaintiff's motion is hereby DENIED, this _____day of May 2008.

SO SHALL IT BE ORDERED.


 _____
 Hon. Gladys Keller, U.S. District Judge