UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAJ WILSON )
)
    Plaintiff, )
)
    v. ) 05-2146 (GK/AK)
)
WASHINGTON METROPOLITAN )
AREA TRANSIT AUTHORITY )
)
    Defendant. )
)

**CONSENT MOTION TO CONTINUE PRETRIAL CONFERENCE**

Defendant WMATA hereby moves, with the consent of counsel for plaintiff to continue the Pretrial Conference set in this matter for June 26, 2008 until such time as the Court has had the opportunity to rule on the pending Motion for Summary Judgment filed by WMATA.

This Motion is made on the grounds that the Motion for Summary Judgment will, if granted, resolve some or all of the claims prior to trial and it would be in the interests of judicial economy and the sound use of the resources of counsel to prepare their Pretrial Statement when all issues are decided with respect to that Motion. Under the current schedule, plaintiff has received three extensions to file his Opposition to the Motion for Summary Judgment, which is now due on June 6, 2008. Defendant anticipates that it will need two weeks to file its reply, which would have the briefing completed by June 20, after the time at which the Pretrial Statements are due and just eight days prior to the Pretrial Conference.

Therefore, WMATA respectfully requests that the Court continue the Pretrial

Conference to a date convenient to the Court after it has had an opportunity to fully consider and rule upon the Motion for Summary Judgment.

                              Respectfully submitted,

                              WASHINGTON METROPOLITAN AREA
                              TRANSIT AUTHORITY

                              Carol B. O'Keeffe, #445277
                              General Counsel

                              Bruce P. Heppen #252171
                              Deputy General Counsel

                              _____/s/_____
                              David J. Shaffer, #413484
                              Assistant General Counsel
                              WMATA
                              600 Fifth Street, N.W.
                              Washington, D.C.  20001
                              (202) 962-2820
                              Attorneys for Defendant WMATA