UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON )<br>)<br>   Plaintiff, )<br>)<br>   v. )<br>)<br>WASHINGTON METROPOLITAN )<br>AREA TRANSIT AUTHORITY )<br>)<br>   Defendant. )<br>) | 05-2146 (GK/AK) |

**ORDER GRANTING CONSENT MOTION TO CONTINUE PRETRIAL CONFERENCE**

Defendant's Consent Motion to Continue Pretrial Conference having come before the Court, and good cause appearing, IT IS HEREBY ORDERED THAT the Pretrial Conference set for June 26, 2008 at 4:15 p.m. is hereby CONTINUED until the Court has had an opportunity to rule upon the pending Motion for Summary Judgment.

_____
Gladys Kessler
United States District Judge