THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**WMATA**<br><br>    **Defendant.** | Civil Action No.05-2146 (GK-AK) |

**PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME**

    Pursuant to FRCP 6, Plaintiff, Taj Wilson, by undersigned counsel, and moves this Court for an enlargement of time of two days to oppose Defendant's Motion for Summary Judgment. In support of this motion, Plaintiff states herein as follows:

1. Plaintiff's Opposition is currently due on June 6th.

2. This week, undersigned counsel was involved in appellate practice before the U.S. Court of Appeals for the Federal Circuit.

3. Undersigned counsel needs additional time to complete the Opposition before submission to the Court.

4. Accordingly, Plaintiff now seeks a two (2) day enlargement of time to file his Opposition.

5. Defendant consents to this motion.

6. Plaintiff does not bring this motion to cause delay or for a dilatory purpose.

7. Parties will not be prejudiced by the Court granting this motion.

Respectfully submitted on behalf of Plaintiff:

Dated: June 6, 2008    Signed: _____/S/_____
Nathaniel D. Johnson (MD 14729)
201 Centennial Street, Suite A-2
P.O. Box 1857
LaPlata, Maryland 20646
301 645-9103/
Attorney for Plaintiff

## Certificate of Service

I, Nathaniel D. Johnson, affirm under the penalty of perjury that on this date, June 6, 2008, the foregoing Consent Motion for Enlargement and Order were sent, via ECF, to the following addressee:

David Shaffer, Attorney for Defendant

_____
Nathaniel D. Johnson

2