THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON**<br><br>　　Plaintiff,<br><br>　　v.<br><br>**WMAT**<br><br>　　Defendant. | Civil Action No.05-2146 (GK-AK) |

### PLAINTIFF'S MOTION TO FILE OUT OF TIME

Pursuant to FRCP 6, Plaintiff, Taj Wilson, by undersigned counsel, and moves this Court to file his opposition to Defendant's Motion for Summary Judgment out of time by one day. In support of this motion, Plaintiff states herein as follows:

1. Plaintiff's filing deadline was June 10th;

2. However, undersign counsel was ill the date of the filing deadline and has since obtain consent of opposing counsel to file out of time by one day.

3. Defendant consents to this motion.

4. Plaintiff does not bring this motion to cause delay or for a dilatory purpose.

5. Parties will not be prejudiced by the Court granting this motion.

　　　　　　　　　　　　　　　　Respectfully submitted on behalf of Plaintiff:


Dated: June 11, 2008　　　　　Signed: _____/S/_____
　　　　　　　　　　　　　　　　Nathaniel D. Johnson (MD 14729)
　　　　　　　　　　　　　　　　201 Centennial Street, Suite A-2
　　　　　　　　　　　　　　　　P.O. Box 1857
　　　　　　　　　　　　　　　　LaPlata, Maryland 20646
　　　　　　　　　　　　　　　　301 645-9103/
　　　　　　　　　　　　　　　　Attorney for Plaintiff

## Certificate of Service

    I, Nathaniel D. Johnson, affirm under the penalty of perjury that on this date, June 11, 2008, the foregoing Consent Motion for to file Opposition to Defendant's Summary Judgment and Order were sent, via ECF, to the following addressee:

David Shaffer, Attorney for Defendant

                                                                                      _____/s/_____
                                                                                  Nathaniel D. Johnson