THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TAJ WILSON**

    **Plaintiff,**

    **v.**                                                  Civil Action No.05-2146 (GK-AK)

**WMAT**

    **Defendant.**

ORDER

Plaintiff has moved for a one day enlargement to file his opposition, with consent, it is hereby ORDERED as follows:

Plaintiff 's motion is granted this ____day of June 2008;

Plaintiff's motion is denied this ____day of June 2008.

SO SHALL IT BE ORDERD.

Hon. Gladys Kessler, U.S. District Judge