THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **TAJ WILSON**<br><br> Plaintiff,<br><br> v.<br><br>**WMAT**<br><br> Defendant. | Civil Action No.05-2146 (GK-AK) |

## NOTICE TO THE COURT

 Plaintiff, Taj Wilson, by undersigned counsel, notices this Court that his opposition to Defendant's Motion for Summary Judgment will not be filed via ECF because it contains confidential personnel information. Instead, Plaintiff's opposition will be hand-delivered to the Clerk's Office consistent with the protected order in this civil action.

           Respectfully submitted on behalf of Plaintiff:

Dated: June 11, 2008   Signed: _____/S/_____
             Nathaniel D. Johnson (MD 14729)
             201 Centennial Street, Suite A-2
             P.O. Box 1857
             LaPlata, Maryland 20646
             301 645-9103/
             Attorney for Plaintiff

## Certificate of Service

 I, Nathaniel D. Johnson, affirm under the penalty of perjury that on this date, June 11, 2008, the Notice to the Court was sent, via ECF, to the following addressee:

David Shaffer, Attorney for Defendant

                 _____/s/_____
                 Nathaniel D. Johnson