UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| TAJ WILSON | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
|     v. | )    05-2146 (GK/AK) |
| | ) |
| WASHINGTON METROPOLITAN | ) |
| AREA TRANSIT AUTHORITY | ) |
| | ) |
|     Defendant. | ) |
| | ) |

**WMATA'S CONSENT MOTION FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO WMATA'S MOTION FOR SUMMARY JUDGMENT**

Comes now Defendant Washington Metropolitan Area Transit Authority ("WMATA") and moves the Court for an extension to time to rile its Reply to Plaintiff's Opposition to WMATA's Motion for Summary Judgment and states as follows:

    1.    Despite the fact that Plaintiff's Opposition was filed *nunc pro tunc* on June 12, 2008, because it was filed under seal, WMATA did not received an ECF version of the Opposition;

    2.    Although plaintiff mailed the Opposition, it has not yet been received by U.S. Mail;

    3.    In light of the upcoming Fourth of July holiday weekend and the volume of exhibits in WMATA's Motion and Plaintiff's Opposition, WMATA requires more than the standard five days to complete a Reply;

    4.    WMATA requests to and including July 8, 2008 to file its Reply;

    5.    Plaintiff's counsel consents to this Motion.; and

6. This extension will not affect any pending dates in this matter.

        Respectfully submitted,

        WASHINGTON METROPOLITAN AREA
        TRANSIT AUTHORITY

        Carol O'Keeffe, #445277
        General Counsel


        _____/s/_____
        Bruce P. Heppen #252171
        Deputy General Counsel


        _____/s/_____
        David J. Shaffer, #413484
        Assistant General Counsel
        WMATA
        600 Fifth Street, N.W.
        Washington, D.C.  20001
        (202) 962-2820