UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TAJ WILSON ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 05-2146 (GK/AK) |
| ) | |
| WASHINGTON METROPOLITAN ) | |
| AREA TRANSIT AUTHORITY ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER GRANTING WMATA'S CONSENT MOTION FOR AN EXTENSION OF TIME TO REPLY TO PLAINTIFF'S OPPOSITION TO WMATA'S MOTION FOR SUMMARY JUDGMENT**

Defendant WMATA's Consent Motion for an Extension of Time to Reply to Plaintiff's Opposition to WMATA's Motion For Summary Judgment having come before the Court, and good cause appearing, IT IS HEREBY ORDERED THAT the Motion be GRANTED and that WMATA shall file its Reply on or before July 8, 2008.

_____
Gladys Kessler
United States District Judge