UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TAJ WILSON

    PLAINTIFF,

    v.                              Civil Action No.:  05-2146 (GK-AK)

                                   (UNDER SEAL)

WMATA

    DEFENDANT.

**PLAINTIFF'S MOTION FOR A HEARING**

**NOW COMES** Plaintiff, Taj Wilson, by undersigned counsel and moves this Court for a hearing on Defendant's Motion for Summary Judgment. Defendant takes no position on the matter.

    Respectfully Submitted,

                            /s/
                _____
                Nathaniel D. Johnson, Esq.
                Richard Lloyd Thompson, II, Esq.
                *Of Counsel*
                201 Centennial Street, Suite A-2
                P. O. Box 1857
                LaPlata, MD 20646
                301-645 – 9103/301-861-0411 (fax)

**Certificate of Service**

I, Nathaniel D. Johnson, certify that on this date, June 26, 2008, the foregoing Motion was sent to:

David Shaffer, Esq.

                                        Nathaniel D. Johnson: \s\