UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**TAJ WILSON**

    **PLAINTIFF,**

    v.                           Civil Action No.: 05-2146 (GK-AK)

                                  (UNDER SEAL)

**WMATA**

    **DEFENDANT.**

## ORDER

**WHEREFORE,** Plaintiff moves this Court for a hearing on Defendant's motion for summary judgment, it is hereby ORDERED as follows:

Plaintiff's motion is hereby GRANTED, this ____day of June 2008;

Plaintiff's motion is hereby DENIED, this _____day of June 2008.

SO SHALL IT BE ORDERED.

_____
U.S. District Judge, Gladys Kessler